## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANGELICA S., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-1405 |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## AND APPOINTMENT OF CLASS COUNSEL

Plaintiffs Angelica S., Eduardo M., Liam W., Leo B., and Xavier L., on behalf of themselves and all others similarly situated, pursuant to Federal Rule of Civil Procedure 23(c)(1) and Local Civil Rule 23.1(b), move for the Court to certify a class under Federal Rule of Civil Procedure 23(b)(2) consisting of: All unaccompanied children who are or will be in the custody of HHS and who (a) have or had a potential sponsor who has been identified; and (b) have not been released to a sponsor in whole or in part because they are missing documents newly required on or after March 7, 2025.

The grounds for Plaintiffs' motion are set forth in the accompanying Memorandum of Points and Authorities.

On May 8, 2025, Plaintiffs' counsel provided Alex Haas, Diane Kelleher, and John Griffiths, the Directors of the Federal Programs Branch of the U.S. Department of Justice's Civil Division, with a copy of Plaintiffs' Complaint which contains Plaintiffs' class action allegations. On May 9, 2025, Plaintiffs' counsel asked to confer regarding this class certification motion.

However, counsel for Plaintiffs have not yet been informed of Defendants' position on this motion.

May 9, 2025                                  Respectfully submitted,


                                            ___/s/ David Hinojosa_____
                                            David Hinojosa (D.C. Bar No. 1722329)
                                            Rebecca Wolozin (D.C. Bar No. 144369)*
                                            NATIONAL CENTER FOR YOUTH LAW
                                            818 Connecticut Avenue NW, Suite 425
                                            Washington, DC 20006
                                            (202) 868-4792
                                            dhinojosa@youthlaw.org
                                            bwolozin@youthlaw.org

                                            Neha Desai**
                                            Mishan Wroe**
                                            Diane de Gramont**
                                            NATIONAL CENTER FOR YOUTH LAW
                                            1212 Broadway, Suite 600
                                            Oakland, California 94612
                                            (510) 835-8098
                                            ndesai@youthlaw.org
                                            mwroe@youthlaw.org
                                            ddegramont@youthlaw.org

                                            Cynthia Liao***
                                            Joel McElvain (D.C. Bar No. 448431)
                                            Skye L. Perryman (D.C. Bar No. 984573)
                                            DEMOCRACY FORWARD FOUNDATION
                                            P.O. Box 34553
                                            Washington, D.C. 20043
                                            (202) 448-9090
                                            cliao@democracyforward.org
                                            jmcelvain@democracyforward.org
                                            sperryman@democracyforward.org


                                            * Application for D.D.C. admission pending
                                            ** *Pro hac vice* pending
                                            *** *Pro hac vice* forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 9, 2025, I caused the foregoing to be mailed to the following

addresses:

U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Robert Francis Kennedy Jr.
Secretary, Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

Angie Salazar
Acting Director of Office of Refugee Resettlement
330 C. Street, SW
Washington, DC 20201

U.S. Department of Health and Human Services
Robert F. Kennedy Jr., Secretary of Health and Human Services
Angie Salazar, Acting Dr. of the Office of Refugee Resettlement
c/o U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

 U.S. Department of Health and Human Services
Robert F. Kennedy Jr., Secretary of Health and Human Services
Angie Salazar, Acting Dr. of the Office of Refugee Resettlement
c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia
601 D. Street, NW
Washington, DC 20004


*/s/ Rebecca Wolozin*

Rebecca Wolozin