UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELICA S., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:25-cv-1405 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

Upon consideration of all briefing and evidence set forth by the Parties, Plaintiffs' Motion for Class Certification and Appointment of Class Counsel is GRANTED, and it is hereby

ORDERED that the following class be certified under Fed. R. Civ. P. 23(b):

All unaccompanied children who are or will be in the custody of HHS and who (a) have or had a potential sponsor who has been identified; and (b) have not been released to a sponsor in whole or in part because they are missing documents newly required on or after March 7, 2025.

It is further ORDERED that National Center for Youth Law and Democracy Forward Foundation are appointed class counsel for the class described above.

SO ORDERED this _____ day of_____, 2025.

                                                                                                               _____