*Angelica S. et al. v. Kennedy et al.*
Case No. 1:25-cv-01405

**<u>Exhibit Index to Plaintiffs' Motion for a Preliminary Injunction</u>**

| Exhibit | Exhibit Description |
|---|---|
| 1 | Declaration of Diane de Gramont, May 9, 2025 |
| 1-A | Form FRP-3, Family Reunification Application |
| 1-B | Form FRP-2, Authorization for Release of Information |
| 1-C | Proposed Form SAP-3, Family Reunification Application, Information Collection |
| 1-D | Proposed Form SA-2, Authorization for Release of Information |
| 1-E | ORR Policy Guide Sec. 2.2.4 (last revised 8/1/24) |
| 1-F | ORR Policy Guide Sec. 2.2.4 (last revised 3/7/25) |
| 1-G | ORR Policy Guide Sec. 2.2.4 (last revised (4/15/25) |
| 1-H | ORR Average Monthly Data, current as of April 7, 2025 |
| 2 | Declaration of Mari Dorn-Lopez, May 4, 2025 |
| 3 | Declaration of Jenifer Smyers, May 6, 2025 |
| 4 | Declaration of Cynthia Felix, May 6, 2025 |
| 5 | Declaration of J.E.D.M., April 16, 2025 |

**Previously Filed Declarations**

| ECF No. | Name |
|---|---|
| 09-07 | Declaration of Angelica S., April 16, 2025 |
| 09-08 | Declaration of Eduardo M., April 16, 2025 |
| 09-09 | Declaration of Liam W., May 6, 2025 |
| 09-10 | Declaration of Leo B., May 8, 2025 |
| 09-11 | Declaration of Xavier L., May 6, 2025 |

| 09-12 | Declaration of Deisy S., May 7, 2025 |
| --- | --- |
| 09-13 | Declaration of Rosa M., April 29, 2025 |
| 09-14 | Declaration of Sofia W., May 7, 2025 |
| 09-15 | Declaration of Ximena L., May 7, 2025 |