# EXHIBIT 1-C

OMB 0970-0278 [valid through MM/DD/YYYY]

# Administration for Children & Families
## Office of Refugee Resettlement

# Sponsor Application

## About you - the sponsor - and the child(ren)

**1) Name(s) of the child(ren)**
List the names of all children you are applying to sponsor

**2) Your relationship to the child(ren)**
e.g., mother, uncle, family friend

**3) Your Name**

**4) Other names you have used**
List other names you have used, such as your name before you were married or maternal last names (separate with commas)

**5) Your country of origin**
Where you were born

**6) Your date of birth**
month/day/year (e.g., 12/31/1979)

**7) Phone numbers**
e.g., 210-555-1234

Primary Phone

Secondary Phone

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 1.0 hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

**Sponsor Application**
**Office of Refugee Resettlement**

**8) Your email address or fax number**

**9) Language(s) you speak**

# Where will you and the child(ren) live?

**10) Address**

Street Address
(+ apartment number, if applicable)

City                                    State            Zip code

**11) Who currently lives at this address (include yourself)?**

| Household Member Name | Date of Birth | Relationship to you (the sponsor) | Relationship to the child |
|---|---|---|---|
| *(EXAMPLE)* Miguel Perez | 12/31/1985 | Brother | Uncle |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Need Help?** Contact your Case Manager.

**Sponsor Application**
Office of Refugee Resettlement

# Adult Who Will Care for the Child(ren) if You Cannot

If you become unable to care for the child(ren), who will care for the child(ren)?

**12a) Name of potential adult caregiver**

**12b) Date of birth of potential adult caregiver**

**12c) Contact information of potential adult caregiver**   Phone Number

Street Address
(+ apartment number, if applicable)

City                State         Zip code

**12d) What is their relationship to the child(ren)?**
(grandparent, aunt, sibling over 18 years old, etc.)

**12e) What is their relationship to you, the sponsor?**

**12f) How will the child(ren) be cared for if you become unable to care for them?**

**Need Help?** Contact your Case Manager.

# Financial Information

**13) How will you financially support the child(ren)?**
Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help financially support the child(ren).

# Health Information

**14a) Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)? If so, please explain:**

**14b) Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:**

**Need Help?** Contact your Case Manager.

# Criminal History

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

**15a) Have you or any person in your household ever been charged with or convicted of a crime (other than a minor traffic violation; e.g. speeding, parking ticket, etc.)?**

○ Yes    ○ No

**15b) Have you or any person in your household ever been investigated for the physical abuse, sexual abuse, neglect, or abandonment of a child?**

○ Yes    ○ No

# Sign & Date Your Application

I declare and affirm under penalty of perjury that the information contained in this application is true and accurate to the best of my knowledge.

I attest that all documents I am submitting or copies of those documents are free of error and fraud.

I will provide for the physical and mental well-being of the child(ren). I will also comply with my state's laws regarding the care of this child including:

- Enrolling the child(ren) in school;
- Providing medical care when needed;
- Protecting the child(ren) from abuse, neglect, and abandonment; and
- Any other requirement not herein contained.

**YOUR SIGNATURE**  [                    ]   **DATE**  [                    ]

**Need Help?** Contact your Case Manager.

**Sponsor Application**
**Office of Refugee Resettlement**

# Supporting Documents

Please provide copies of the following documents. If you are unable to provide the documents we ask for, please explain why. We may reject your application if any of the required information is missing, incomplete, or inaccurate.

**1) Proof of Child's Identity**
An original or legible full color photocopy of the child's birth certificate

**2) Proof of Identity for you and, as applicable, any household members**
Original versions or legible photocopies, digital scans, or high-resolution digital photos of government-issued identification documents. You must present at least one selection from the list below. Expired documents will not be accepted.

| Acceptable Proof of Identity Documents |
|---|
| U.S. Passport or U.S. Passport Card |
| Permanent Resident Card or Alien Registration Receipt Card (Form I-551) |
| Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa |
| Employment Authorization Document that contains a photograph (Form I-766) |
| Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work |
| Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI |
| Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address |
| ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address |
| U.S. Military card or draft record |
| U.S. Military dependent's ID card |
| U.S. Coast Guard Merchant Mariner Card |
| Native American tribal document |
| Driver's license issued by a Canadian government authority |

**Need Help?** Contact your Case Manager.

**Sponsor Application**
**Office of Refugee Resettlement**

**3) Legal Records (if applicable)**
If you answered "YES" to either question 15(a) or 15(b) on this form, please provide us with the following information for each charge/conviction:

- Name of person involved
- Place and date of the incident
- Explanation of the incident
- Disposition of the incident (e.g., charges dropped, fined, imprisoned, probation, mandated or voluntary classes, counseling, or other required actions that were part of a plea agreement or court agreement)
- Copy of court record(s), police record(s), and/or governmental social service agency record(s) related to the incident(s)

**4) Proof of Address**
An original version of at least one form of documentation verifying your current address. Acceptable forms of documentation include:

- Your current lease with your name
- Your current mortgage statement with your name, dated within the last two months
- A valid, unexpired state ID with your current address and photo
- A utility bill, addressed to you at your current address, dated within the last two months
- Your bank statement dated within the last two months
- A payroll check stub issued by your employer, dated within the last month

**5) Proof of Income**
A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include:

- Your tax return from the previous year (if in the United States during prior year)
- Copies of your paystubs for at least the past 60 days continuously
- An original letter from your employer verifying your employment and salary information, signed within the past 60 days. The letter must be on company letterhead and contain verifiable contact information for your employer and supervisor. An ORR representative must speak with the supervisor or company human resources division to verify the information in the letter.

**Need Help?** Contact your Case Manager.

**Sponsor Application**
**Office of Refugee Resettlement**

### 6) Proof of Relationship
An original or full color photocopy of at least one document to provide proof of a relationship between you and the child.

| Your Relationship to the Child | Acceptable Documents |
|---|---|
| **Parent** | • Birth certificates<br>• Court records<br>• Parent's government issued photo ID |
| **Step-Parent**<br>You have legally adopted the child | • Birth certificates<br>• Parent's government issued photo ID<br>• Step-Parent's government issued photo ID<br>• Marriage certificate<br>• Court order documents confirming adoption or legal guardianship has been established |
| **Legal Guardian** | • Court order documents confirming adoption or legal guardianship has been established<br>• Birth certificates<br>• Legal guardian's government issued photo ID<br>• Guardianship records<br>• Death Certificates |
| **Family Member** | • Birth certificates<br>• Trail of familial birth and/or death certificates showing that you and the child are related<br>• Marriage certificates<br>• Court records<br>• Written affirmation of relationship from your Consulate |
| **You are not related to the child** | Please contact your Case Manager |

**Need Help?** Contact your Case Manager.