UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANJELICA S., *et al.*, ) | |
| ) | Case No. 1:25-cv-01405-UNA |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Class Action |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| _____) | |

**DEFENDANTS' UNOPPOSED MOTION FOR FOUR-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, by and through the undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by four days the due date for Defendants' response to Plaintiffs' Motion for a Preliminary Injunction. ECF No 10. Defendants' response is due May 19, 2025. If the Court grants this extension, Defendants' response would be due May 23, 2025. Today undersigned counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this extension.

Good cause supports this motion. Plaintiffs filed their motion for a preliminary injunction on May 9, 2025. *See* ECF No. 10. The Office of Immigration Litigation – General Litigation and Appeals Section assigned this case to undersigned counsel on May 15, 2025. Five of the Plaintiffs are unaccompanied alien children ("UACs") whom Defendant U.S. Department of Health and Human Services ("HHS"), through its Office of Refugee Resettlement ("ORR"), has placed in shelters or transitional foster care. These Plaintiffs allege that HHS's enhancement of the documentation requirements for applicants to sponsor UACs has resulted in the delay of Plaintiffs' release from ORR placements to potential sponsors. To respond to

Plaintiffs' motion for a preliminary injunction, undersigned counsel must obtain information from HHS regarding the potential sponsors' applications and reasons for any delay in releasing each Plaintiff to a potential sponsor. An extension of time of at least four days also is necessary to confer with HHS counsel, draft the response to Plaintiffs' motion, and obtain client agency and supervisory review.

DATE:  May 16, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

 s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov