UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al.*, ) | |
| ) | Case No. 1:25-cv-01405-DLF |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Class Action |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants, by and through the undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by one day the due date for Defendants' response to Plaintiffs' Motion for Class Certification. ECF No. 9. At the scheduling conference held on May 20, 2025, the Court ordered Defendants to respond to the motion on or before June 3, 2025. Minute Order of May 20, 2025. If the Court grants this extension, Defendants' response would be due June 4, 2025. Today, undersigned counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs consent to this extension.

Good cause supports this motion. Starting Saturday, May 31, 2025, the Civil Division of the U.S. Department of Justice began experiencing significant information technology ("IT") problems that unexpectedly hindered and at times prevented several attorneys for Defendants from performing their job duties for multiple days.

Based on the foregoing, Defendants respectfully request a one-day extension of the deadline to respond to Plaintiffs' motion for class certification through and including June 4, 2025. A proposed order is attached.

| | |
|---|---|
| DATE:  June 3, 2025 | Respectfully submitted,<br><br>YAAKOV ROTH<br>Acting Assistant Attorney General<br><br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>LINDSAY M. VICK<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br><br>*/s/ Joshua C. McCroskey*<br>JOSHUA C. MCCROSKEY<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-305-1540<br>joshua.c.mccroskey@usdoj.gov |