UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELICA S., *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

    *Defendants.*

No. 25-cv-1405 (DLF)

**ORDER**

    For the reasons stated in the accompanying Memorandum Opinion, it is

    **ORDERED** that the plaintiffs' Motion for Class Certification and Appointment of Class Counsel, Dkt. 9, is **GRANTED.** The Court will provisionally certify the following class: all unaccompanied children who were in or transferred to the custody of HHS on or before April 22, 2025, and who (a) have or had a potential sponsor who has been identified; and (b) the sponsor's family reunification application has been denied, closed, withdrawn, delayed, or cannot be completed because the sponsor is missing documents newly required on or after March 7, 2025. It is further

    **ORDERED** that National Center for Youth Law and Democracy Forward Foundation are appointed class counsel for the class described above. It is further

    **ORDERED** that the plaintiffs' Motion for Preliminary Injunction, Dkt. 10, is **GRANTED** as to the new proof of identification and income requirements and **DENIED** as to the Interim Final Rule. The Court grants the following injunctive relief:

(1) The Office of Refugee Resettlement ("ORR") is prohibited from enforcing the new proof of identification requirements and new proof of income requirements currently contained in the March 7, 2025, and April 15, 2025, revisions of its Unaccompanied Alien Children Bureau Policy Guide Section 2.2.4 against all members of the certified class.

(2) Within 10 days of this order, ORR shall inform all potential sponsors of class members who were disqualified or denied based on ORR's revised proof of identification and proof of income requirements described in section (1) above that they may now continue with their sponsorship applications

(3) In all cases where (a) a potential sponsor of a class member submitted a complete family reunification application and (b) the application was denied or closed or adjudication of the application was delayed in whole because of ORR's revised requirements, ORR is **ORDERED** to adjudicate the application without regard to the revised requirements.

**SO ORDERED.**

June 9, 2025

DABNEY L. FRIEDRICH
United States District Judge