UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>      *Defendants*. | No. 25-cv-1405 (DLF) |

## **CERTIFICATION OF ADMINISTRATIVE RECORD**

    I, Alexander Parcan, Senior Supervisory Legal Affairs and Regulatory Counsel, Division of Unaccompanied Alien Children Policy, Office of Refugee Resettlement, Administration for Children and Families, U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute the non-privileged documents that were considered, either directly or indirectly, in connection with promulgation of the policies challenged in the above-captioned action.

Executed this 13th day of August 2025, in Washington, D.C.

                                                                                         _____
                                                                                         Alexander Parcan