**ADMINISTRATIVE RECORD INDEX**

| Begin Bates | Description |
|---|---|
| Angelica-00000001 | Field Guidance #26 - Fingerprint Background Checks and Acceptable Supporting Documentation for a Family Reunification Application |
| Angelica-00000005 | UAC Policy Guide Section 2.2.4, 2.7.4, 5.8.2 |
| Angelica-00000018 | Field Guidance #27: DNA Testing Expansion |
| Angelica-00000021 | UC Program Foundational Rule Update (IFR) |
| Angelica-00000029 | UAC MAP Section 2.2.4, 2.4.1, 2.7.4 - 2025 04 15 |
| Angelica-00000048 | Informational Memo re: Universal Biometric Screening for Sponsors of Unaccompanied Alien Children |
| Angelica-00000072 | Decision Memo re: Approval for the Office of Refugee Resettlement to publish Field Guidance 26, "Fingerprint Background Checks and Acceptable Supporting Documentation for a Family Reunification Application" |
| Angelica-00000077 | Informational Memo re: Office of Refugee Resettlement to publish Field Guidance 26, "Fingerprint Background Checks and Acceptable Supporting Documentation for a Family Reunification Application" |
| Angelica-00000080 | Decision Memo re: Revisions to ORR UACB Policy Guide Sections 2.2.4, 2.7.4, and 5.8.2, and accompanying procedures—Improving the Sponsor Vetting Process in Order to Mitigate Fraud and Enhance UAC Protections |
| Angelica-00000086 | Decision memo re: UAC Policy Guide, Manual of Procedures (MAP) Revisions - Proof of Income |
| Angelica-00000093 | Decision Memo re: Field Guidance #27: DNA Testing Expansion |
| Angelica-00000099 | Informational Memo re: Interim Final Rule entitled "Unaccompanied Children Program Foundational Rule; Update to Accord with Statutory Requirements" |
| Angelica-00000102 | Decision memo re: Approval of Interim Final Rule entitled "Unaccompanied Children Program Foundational Rule; Update to Accord with Statutory Requirements" |
| Angelica-00000107 | Decision memo re: Revisions to the Unaccompanied Children Bureau Policy Guide and Manual of Procedures (MAP) Revisions to require sponsors to provide proof of income |
| Angelica-00000111 | Decision Memo re: Sub-Regulatory Guidance; Revisions to the Unaccompanied Children Bureau Policy Guide and Manual of Procedures Revisions to Require Sponsors to Provide Proof of Income |

| | |
|---|---|
| Angelica-00000117 | Information Memo re: new Proof of Income requirements |
| Angelica-00000121 | UAC Policy 2.2.4, 2.4.1 (Redline) |
| Angelica-00000124 | UAC MAP 2.2.4, 2.4.1 (Redline) |
| Angelica-00000126 | Email re: Fingerprint Field Guidance and Fraud and Trafficking Identification |
| Angelica-00000127 | Federal Care of Unaccompanied Children: Minors Remain Vulnerable to Trafficking and Abuse, Minority Staff Report, Committee on Homeland Security and Governmental Affairs |
| Angelica-00000184 | HHS OIG Report (OEI-07-21-00250): Gaps in Sponsor Screening and Follow-up Raise Safety Concerns for Unaccompanied Children |
| Angelica-00000246 | Memo re: Recommendations to Combat Trafficking and Fraud in the UAC Program |
| Angelica-00000257 | OTIP Briefing for the Office of Refugee Resettlement |
| Angelica-00000268 | Fraud Data 1/16/25 to 2/6/25 |
| Angelica-00000295 | Fraud Data 8/22/24 to 1/22/25 |
| Angelica-00000299 | UAC Fingerprint Team Staffing Proposal |
| Angelica-00000300 | Improving the sponsor vetting process to mitigate fraud and enhance protections for unaccompanied alien children; Responses to Queries |
| Angelica-00000304 | Crosswalk on Proof of Income |
| Angelica-00000309 | Current Published UAC Tools wrt Proof of Income |
| Angelica-00000311 | Prior Proof of Income Provisions |
| Angelica-00000314 | Form I-134, Declaration of Financial Support |
| Angelica-00000324 | Form I-864, Affidavit of Support Under Section 213A of the INA |
| Angelica-00000336 | Affidavit of Support Instructions |
| Angelica-00000343 | Form I-134, Instructions for Declaration of Financial Support |
| Angelica-00000351 | Form I-864, Instructions for Affidavit of Support Under Section 213A of the INA |
| Angelica-00000369 | Chapter 6 - Affidavit of Support Under Section 213A of the INA |
| Angelica-00000383 | ASPE Poverty Guidelines |