**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANGELICA S., *et al.*,
Plaintiffs,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,
Defendants.

No. 1:25-cv-01405 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's July 30, 2025 Minute Order, the parties respectfully submit the following joint status report and proposed scheduling order.

## I. Alternative Dispute Resolution

Plaintiffs are amenable to attempting to resolve this case through alternative dispute resolution but because of the urgency of the issues facing Plaintiffs, we would request that any attempt to schedule alternative dispute resolution meetings be concurrent with the Parties proposed expedited schedule for summary judgment briefing.

Defendants do not believe that the case would benefit from alternative dispute resolution at this time.

## II. Proposed Schedule

The parties propose the following schedule:

| **Deadline** | **Date** |
|---|---|
| Plaintiffs' amended complaint | Friday, August 15, 2025 |
| Defendants' answer to amended complaint | Friday, August 29, 2025 |

| | |
|---|---|
| Plaintiffs' motion for summary judgment | Friday, September 12, 2025 |
| Response to Plaintiffs' supplemental memorandum regarding Plaintiffs' motion for class certification, if the Court grants Plaintiffs' motion for leave to file the supplemental memorandum, ECF No. 51 | The later of five days from the Court's grant of Plaintiffs' motion for leave to file the supplemental memorandum, or September 12, 2025 |
| Plaintiffs' reply in support of their supplemental memorandum regarding Plaintiffs' motion for class certification | Seven days after Defendants' response |
| Defendants' opposition to Plaintiffs' motion for summary judgment / cross-motion for summary judgment | Friday, October 3, 2025 |
| Plaintiff's reply in support of Plaintiff's motion for summary judgment / opposition to Defendants' cross-motion for summary judgment | Friday, October 17, 2025 |
| Defendants' reply in support of Defendants' cross-motion for summary judgment | Friday, October 31, 2025 |
| Joint appendix | Friday, November 7, 2025 |

Date: August 29, 2025

BRETT SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

/s/ *Christina Parascandola (by permission)*
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
DEAN PHILLIP DE LAS ALAS

Respectfully submitted,

/s/ *Joel McElvain*
Cynthia Liao (admitted pro hac vice)
Joel McElvain (D.C. Bar No. 448431)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
cliao@democracyforward.org
jmcelvain@democracyforward.org
sperryman@democracyforward.org

Mishan Wroe (admitted pro hac vice)
Diane de Gramont (admitted pro hac vice)
NATIONAL CENTER FOR YOUTH LAW

JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Counsel for Defendants*

1212 Broadway, Suite 600
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

Rebecca Wolozin (D.C. Bar No. 144369)
David Hinojosa (D.C. Bar No. 1722329)
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Avenue NW, Suite 425
Washington, DC 20006
(202) 868-4792
dhinojosa@youthlaw.org
bwolozin@youthlaw.org

*Counsel for Plaintiffs and Provisional Class*