UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al.*, | ) |
| | ) Case No. 1:25-cv-01405-DLF |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Class Action |
| | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to the Court's Minute Order of August 22, 2025, Defendants respectfully submit this statement of non-opposition to Plaintiffs' Motion for Leave to File Supplemental Memorandum of Points and Authorities Regarding Plaintiffs' Motion for Class Certification. *See* ECF No. 51. Without conceding any points or authorities in Plaintiffs' proposed supplemental memorandum, *see* ECF No. 51-3, or waiving the opportunity to file an opposition thereto, *see* Minute Order (Aug. 30, 2025), Defendants do not oppose Plaintiffs' request for leave.

DATE:  September 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov