*Angelica S. et al. v. HHS et al.*, 1:25-cv-1405

# Exhibit Index

| Exhibit | Exhibit Description |
|:---:|---|
| 1 | Declaration of Mateo N., July 22, 2025 |
| 2 | Declaration of Steven N., July 31, 2025 |
| 3 | Declaration of Yair G., July 22, 2025 |
| 4 | Declaration of Milagro G., July 28, 2025 |
| 5 | Declaration of David D., July 31, 2025 |
| 6 | Declaration of Isabel D., August 14, 2025 |