# EXHIBIT 1

## Declaration of Mateo N.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)  No. 1:25-cv-01405-DLF<br>)<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 17 years old and I am from ▮▮▮▮. I arrived in the United States around May 2025. I arrived by myself. I speak Spanish.

3. I have three brothers and a sister who live in the United States. One of my older brothers is sponsoring me now. We are really close and have a good relationship. We lived together in ▮▮▮▮ before he came to the United States. He is a U.S. citizen. My other siblings live in the same area as him.

4. After I arrived in the United States, I was brought to a shelter here in New York. When I first arrived, another one of my brothers began the process of being my sponsor. I don't know why, but it was not possible for him to be my sponsor. So then my brother, ▮▮▮, began the sponsorship process. I think he start the process in the first week that I was in the shelter.

5. ▮▮▮ submitted the application to sponsor me right away. I think he has provided all the documents that the case manager asked him for that he has.

6.      ▮▮▮ lives with his wife and their two little daughters. My brother and his wife both provided fingerprints for a background check. They did a home study also. ▮▮▮ and I did a DNA test also and we got our positive results.

7.      From what I understand, the only missing document is an acceptable form of ID from ▮▮▮'s wife. I think that is the only thing missing. She has a passport from her country where she came from, but they won't accept that. Because they won't accept the kind of identification she has, I am still at the shelter, and I can't be released to my family.

8.      I'm sad that I can't be with my brother and my family just because the government won't accept a particular ID. I don't know what my reunification plan is now. I don't know if another of my siblings will sponsor me. It's hard not to know what is going to happen to me or how long I will be stuck here.

9.      I miss my family a lot. I talk to my brother almost every day. I also talk to my other siblings each week too. I feel sad all the time at the shelter. I even cry sometimes because I'm sad to be apart from my family. My therapist tries to help me and gives me words of advice and caring. But I still feel really sad.

10.     I just want to live with my family. It is all I want to do. I just want to be with them and be together. I would feel so much calmer and safer with them than I do at the shelter. I would feel cared for.

11.     If I could go live with my brother, I would be able to start living my new life. I would hug him, and we could go home and have ▮▮▮ fried chicken. I really miss eating that.

12.     It is not right that the government demands so many requirements and types of information to release kids to their families. They keep adding new difficult requirements, and because of that many kids get stuck and cannot go live with their families. It makes sense that the government would have to have some requirements, so kids are safe. But now it is too many, and instead of helping and protecting us, the requirements are hurting us. It is wrong to make kids live in government shelters for so much time. It is not good for us mentally.

13. I want to be able to go home to my family, and I also want to help other kids like me get released to their sponsors. I understand this case is about all the kids like me in the same situation.

14. Based on how being a class representative was explained to me, I want to represent a class of minors in the same situation as me. I will fairly and adequately protect the interests of the class so that we can have a real chance to be released to our sponsors. I plan to seek justice in the name of the proposed class of minors by bringing the claims in this lawsuit with persistence and determination. I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I will work with the lawyers so that the lawyers do what is best for all the children in the case. I intend to remain involved with this case and to represent the proposed class to the best of my ability.

15. I have never served as a class representative in any other case. I am ready to do my best to help kids like me.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 22nd day of July, 2025

Name: ███████████

## CERTIFICATE OF TRANSLATION

My name is _Rebecca Wolozin_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 07/22/25

_[signature]_