# EXHIBIT 2

# Declaration of Steven N.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br>    Defendants. | No. 1:25-cv-01405-DLF |

### DECLARATION OF ▮

I, ▮ declare as follows:

1. This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am over 18 years of age. I live in Massachusetts. I speak Spanish and some English.

3. I am a United States Citizen. I live with my wife and our two US citizen daughters. They are 5 and 6 years old.

4. I am trying to sponsor my younger brother, ▮ from ORR custody where he is detained. We lived together in ▮ before I came to the United States. I love him very much. I want to bring him home to live with me and my family here. My wife and I will take good care of him, and he will be able to get to know his cousins.

5. ▮ and I have several siblings who also live in the United States. Another one of our brothers began the sponsorship process before me but it became too difficult for him to complete all the steps.

6. I began the sponsorship process right away when the case manager from the shelter contacted me in late May 2025. I have submitted all my information, and I used my U.S. Passport as my form of identification.

7. My wife and I have both provided fingerprints for a background check. In July, we had a home study also, with a positive result. We provided proof of our income and that we can support ▮▮▮▮ financially. ▮▮▮▮ and I also did a DNA test in July, which proved that we were biologically related.

8. My wife has provided her passport from her country of origin, but she does not have a form of identification from the United States. We tried to go get a Massachusetts ID, but they told us my wife would have to do a driving test to get a driver's license and that she could not just get an ID card.

9. From what I understand, the only missing document is an acceptable form of ID from my wife. I don't understand why that is necessary, because she has done all the other background checks and no one has said they have doubted her identity. She will keep trying to get an ID card from Massachusetts so that we can bring ▮▮▮▮ home, but it is not right that he should have to be in the custody of the government all this time while she tries to get a new form of ID.

10. It has been hard for ▮▮▮▮ to be detained for months. I talk to him about twice a week. ▮▮▮▮ is a shy kid. He is hopeful that my wife will be able to get her ID, and he will be able to come home to us.

11. ▮▮▮▮ will be safe and loved with his family. These policies are unjust, and they are hurting ▮▮▮▮

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 31st day of July, 2025.

## CERTIFICATE OF TRANSLATION

My name is Rebecca Wolozin and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: July 31, 2025                              *Rebecca Wolozin*