# EXHIBIT 3

## Declaration of Yair G.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELICA S., *et al.*,
    Plaintiffs,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,
    Defendants.

No. 1:25-cv-01405-DLF

### DECLARATION OF ▮▮▮▮▮

I, ▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 17 years old, and I am from ▮▮▮▮. I arrived in the United States around May 2025. I arrived by myself. I speak Spanish.

3. My sister lives in the United States. We lived together in ▮▮▮▮ before she came to the United States. We are very close.

4. After I arrived, I was sent to a shelter in Arizona. After a few weeks in Arizona they closed the shelter I was in, and they brought me to New York. My sister started the sponsorship process while I was still in Arizona. They asked my sister for an ID that was from the United States while I was in Arizona. She doesn't have one, and she told them that, but they still continued working on her sponsorship application.

5. My sister and I talk often about the progress in my case and about her application to bring me home to her. That is how I found out they asked for an ID from where she is living now.

6. She kept working on the sponsorship process after I was transferred to New York. I don't know that much about the details, but I know they kept working on it.

7.      Now though, my sister decided to withdraw her application because she won't be approved unless she has the ID that she can't get. She does have a friend who has the right kind of ID, so I think now our plan is for her friend to try to sponsor me.

8.      I felt so bad when she decided to withdraw. She told me, and my case worker told me. I had still had hope of going to live with her.

9.      I don't know what will happen now. It's really hard. I have ▇ months until I turn 18. Maybe I'll be stuck here until then. I don't know.

10.     I want to live with my sister. More than anything though I want to get out. I would happily go live with my sister's friend instead of staying detained in the shelter. I want to be with people who will help me and care for me.

11.     It's better to live with your family than in a shelter. It's not right that so many kids are stuck in shelters when there are family members who want to help them and take care of them.

12.     I also want to help other kids like me get released to their sponsors. I understand this case is about all the kids like me in the same situation. I don't think it is right for the U.S. government to keep me in custody away from my family just because of a particular piece of paper or identification.

13.     Based on how being a class representative was explained to me, I want to represent a class of minors in the same situation as me. I will fairly and adequately protect the interests of the class so that we can have a real chance to be released to our sponsors. I plan to seek justice in the name of the proposed class of minors by bringing the claims in this lawsuit with persistence and determination. I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I will work with the lawyers so that the lawyers do what is best for all the children in the case. I intend to remain involved with this case and to represent the proposed class to the best of my ability.

14.     I have never served as a class representative in any other case. I am ready to do my best to help kids like me.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 22nd day of July, 2025

Name: ███████

## CERTIFICATE OF TRANSLATION

My name is _Rebecca Wolozin_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 07/22/25