# EXHIBIT 4

## Declaration of Milagro G.

**DECLARATION OF** ▮

I, ▮, declare as follows:

1. This declaration is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am over 18 years of age, and I live in ▮. I live alone. I speak ▮ and Spanish.

3. My little brother, ▮, has been in federal government custody since May 2025. I care about him a lot. He is such a good kid. We speak twice a week on the phone.

Sponsorship Process

4. About a week after my brother arrived in the United States, his first shelter contacted me about being his sponsor. I want to take care of my brother, so I sent them all the information they requested. I think I started the sponsorship process within a week after they contacted me.

5. I provided my identification from my home country, proof that I make enough money to support myself and my brother, and proof of my address. The case manager did not ask for any other identification at that time. The case manager told me I would have to do fingerprints and I agreed. I provided my fingerprints in early July, using my home country passport and ID.

6. In July 2025, after I provided my fingerprints, my brother's case worker told me that I could not be a sponsor unless I provided a different form of identification. The case manager said the ID had to be from the United States, or an ID from the state where I live. I cannot get any of the forms of identification they are requiring. Finding out that I couldn't sponsor my brother was really difficult for my brother and for me because we thought the application was progressing. He really wants to leave the shelter and live with family, and I want to take care of him.

7.      I do not understand why this specific identification is necessary when the case worker previously accepted all the documents I provided, and I have already provided my fingerprints. No one has ever told me in this process that they think I am not who I say I am.

8.      After I found out that I was not eligible to sponsor my brother, the case manager asked me if I could find another family member to sponsor him who did have the right kind of ID. I don't have another relative to ask with the right identification, so instead I asked a close friend who I have known for years whether she could be his sponsor. She agreed to sponsor my brother, and I know that she would take great care of him, but she is not his family. I think the case manager accepted her information and started the sponsorship process with my close friend, but I do not know how long that will take.

9.      I am worried the process of my friend sponsoring my brother will take a really long time. My brother has already been in the shelter for two months and I know all these delays are hard for him. I wanted to be my brother's sponsor, but I also want him to be released as quickly as possible because it is not good for his mental health to be in the shelter for so long. So if my friend is able to be his sponsor and he can get released, that would be better than staying in the shelter.

10.     I would like to take care of my brother myself, and I think I would take good care of him. We are family, and we love each other. My friend was going to be the backup caregiver on my sponsorship application and I trust her to take care of my brother, but she is not family. It is important for kids to be with their families if they can be.

11.     ▇▇▇ is a good kid and is respectful. He has always been an obedient kid and a kid who tries to do the right thing. If he came to live with me, I would make sure that he goes to school right away. I would take care of him, and make sure he has everything he needs, and I would

make sure he always does his homework. I want ▇ to be cared for and free, living in a home and community that loves him. That is what all kids should have and that's what I want for my brother.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 28th day of July, 2025



3

## CERTIFICATE OF TRANSLATION

My name is Rebecca Wolozin and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: July 28, 2025                    _____*Rebecca Wolozin*_____