# EXHIBIT 5

## Declaration of David D.

I, Laura Alvarez, declare as follows:

1. I speak and understand English and Spanish.

2. The following is a true and correct translation of the annexed Declaration of █████████████████.

******

DECLARATION OF █████████████████████

I, █████████████████████, declare and say as follows:

1.	This declaration is based on my personal knowledge. The following facts are true to the best of my understanding.

2.	I am 14 years old. I arrived in the United States in May 2025. I arrived alone.

3.	I am currently in a government shelter called █████████████████. I have been in this shelter since the beginning of May 2025.

4.	I want to leave here to live with my mother. I have a good relationship with my mother and we spoke frequently by telephone and video when I was in my country. I really want to live with my family instead of being in a shelter with people I don't know.

5.	When I arrived at the shelter, my mother began the process to sponsor me. I think that she has given all the information that she has. She has given her fingerprints. She and I have done DNA tests. I think that our DNA appointment was in the beginning of June. I do not know why the process has taken so much time but I think it is because my mother does not have an identification from the United States. I do not understand why that is necessary because my mother is my mother and the DNA test showed that she is my mother.

6.I feel sad to be here for so much time and there are other kids here in the same situation who are very sad and frustrated. I want to be a leader to represent other kids in the same situation and help all the kids to be with their families.

7.There are a lot of rules in the shelter and I would like to have more options for what to do during the day. All the kids here need to do the same thing.

8.I speak to my mother and my brother by telephone but I would like to have more time to speak with them.

9.When I leave here, I want to study. I also want to go to the park and have a normal life.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities.

Executed on this 31st day of July 2025, in ███████████.

_____

******

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of July 2025, in Oakland, California.

*Laura Alvarez*
Laura Alvarez

Yo, ███████████████, declare y digo lo siguiente:

1. Esta declaración está basada en mi conocimiento personal. Los hechos que describo son verdaderos a mi mejor conocimiento.

2. Tengo 14 años de edad. Llegué a los Estados Unidos en mayo 2025. Vine solo.

3. Actualmente estoy en un albergue del gobierno que se llama ███████ ██████. He estado en este albergue desde principios de mayo 2025.

4. Quiero salir de aquí para vivir con mi madre. Tengo una buena relación con mi madre y hablábamos por teléfono y video frecuentemente cuando yo estaba en mi país. Quiero mucho convivir con mi familia en vez de estar en un albergue con gente que no conozco.

5. Cuando llegué al albergue, mi madre comenzó el proceso para patrocinarme. Creo que ella ha dado toda la información que ella tiene. Ella ha dado sus huellas. Ella y yo hemos hecho pruebas de ADN. Pienso que nuestra cita de ADN fue en principios de junio. No sé porque el proceso ha tomado tanto tiempo pero creo que es porque mi madre no tiene una identificación de los Estados Unidos. No entiendo porque eso es necesario porque mi madre es mi madre y la prueba de ADN muestra que es mi madre.

6. Estoy triste de estar aquí tanto tiempo y hay otros niños aquí en la misma situación que están muy tristes y frustrados. Quiero estar un líder para representar a otros niños en la misma situación y ayudar a todos los niños a estar con sus familias.

7. Hay muchas reglas en el albergue y me gustaría tener más opciones de que hacer durante el día. Todos los niños aquí tienen que hacer la misma cosa.

8. Hablo con mi madre y mi hermano por teléfono pero me gustaría tener más tiempo para hablar con ellos.

9. Cuando salgo de aquí, quiero estudiar. También quiero ir al parque y tener una vida normal.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa a mi mejor conocimiento, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día __31__ de __julio__ del año 2025, en █████████████