# EXHIBIT 6

## Declaration of Isabel D.

I, Laura Alvarez, declare as follows:

1. I speak and understand English and Spanish.

2. The following is a true and correct translation of the annexed ███████████████ .

****** 

DECLARATION OF ████████████████████

I, ████████████████ , declare as follows:

1.      This declaration is based on my personal knowledge. The following facts are true to the best of my understanding.

2.      My son ████████ is in government custody in a shelter in California. He is 14 years old. He arrived in the United States in the beginning of May 2025.

3.      When ████████ arrived at the shelter, his case worker contacted me to sponsor him. I agreed to provide my information to sponsor him. I sent my identification and my son's birth certificate immediately. I completed the application and provided my fingerprints and my DNA. At the DNA appointment I brought my identification and they took a photo of my identification.

4.      The worker told me that I need an identification from the State to sponsor my son, but I cannot obtain a qualifying identification. I only have my consular identification card. My son's case worker told me to attempt a driver's test to obtain a license, but I do not know how to drive and I am afraid of driving.

5.      I lived with other members of my family, but I had to move to a new apartment because they were not able to provide a United States identification either. I am now paying more for rent. After I moved, my new housemate also had to provide all her information and provide her fingerprints. This caused more delays in the case. Someone also came to do a home study in June. They told me that everything was good with the home study.

6.      My son has been in the shelter for three months and all the delays in this process have been difficult for him. In his first shelter we spoke by video call five times a week. Last week they transferred him to a new shelter and now we can only speak by telephone. He tells me that sometimes he is bored and sad.

7.      At the end of July, the case worker told me that she sent my case to the government and that they would consider an exception to the identification requirement. I thought everything was complete, but on Tuesday July 29, someone from the government called me and told me that I had to present myself in person on Thursday July 31 for a verification of my identification. On July 31 I traveled for approximately an hour and a half by car to go to a government building and present my identification. A woman who works for the government took a photograph of my identification and a photo of me. I thought that would be the last step in the process, but on August 5 my son's new case worker asked for a Social Security Number.

8.      I think the people from the government are going to have a meeting to see if they can approve my case or if they are going to ask for more things. It has been a long time that I have not received news regarding the case and this is very stressful for me and my son. I am very worried that they are going to ask for more things and that I will not be able to give them what they want. I have given all the information that I can and I have done everything possible for my son to be with me.

9.      I am also very worried about trying to drive because I don't want to cause accidents. I had an appointment for a driving test on August 7. I went to the appointment because I had not received a decision regarding my son's case and I do not know if I will get an exception to the identification requirement. I did not pass the exam and the examiner was very rude to me. I felt bad because I cannot drive but I wanted to do everything I could to make sure my son could live with me. I have also missed a lot of work because of all the appointments related to my son's case and my work has noticed.

10.     What I wish for most is to be with my son. I know the government has to verify that sponsors haven't done bad things, but I haven't had any problems. I just do not have an identification from the United States and I cannot drive. I do not know why this is relevant to the

care of my son. I have done everything possible so that my son can come home with me and do well in school. He likes to draw and study and he wants to go to school.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities.

Executed on this 14th day of August 2025 in ▮▮▮▮, California.

_____

******

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of August 2025, in Oakland, California.

_____
Laura Alvarez

Yo, ███████████████ , declare y digo lo siguiente:

1.    Esta declaración está basada en mi conocimiento personal. Los hechos que describo son verdaderos a mi mejor conocimiento.

2.    Mi hijo ██████ está bajo la custodia del gobierno en un albergue en California. Tiene 14 años. Llegó a los Estados Unidos a principios de mayo 2025.

3.    Cuando ██████ llegó al albergue, su trabajadora de caso se puso en contacto conmigo para patrocinarlo. Yo acepté proporcionar toda mi información para patrocinarlo. Envié mi identificación y el certificado de nacimiento de mi hijo de inmediato. Completé la aplicación y proporcioné mis huellas y mi ADN. En la cita de ADN llevé mi identificación y tomaron una foto de mi identificación.

4.    La trabajadora de caso me dijo que necesito una identificación del estado para patrocinar a mi hijo, pero no puedo obtener una identificación que califique. Solo tengo mi matricula del consulado. La trabajadora de caso de mi hijo me dijo de intentar el examen de conducir para obtener una licencia, pero no sé manejar y tengo miedo de manejar.

5.    Vivía con otros miembros de mi familia, pero tuve que mudarme a un nuevo apartamento porque ellos tampoco podían proporcionar una identificación estadounidense. Ahora estoy pagando más para alquiler. Después de mudarme, mi nueva compañera de habitación también tuvo que proporcionar toda su información y dar sus huellas. Esto causó más retrasos en el caso. Alguien también vino a hacer un estudio de casa en junio. Me dijo que estaba todo bien con el estudio de casa.

6.    Mi hijo ha estado en un albergue durante tres meses y todos los retrasos en este proceso ha sido muy duro para él. En su primer albergue hablaba con él por video llamada cinco

1

días a la semana. La semana pasada le trasladó a un nuevo albergue y ahora solo podemos hablar por teléfono. El me dice que a veces esta aburrido y triste.

7.    En finales de julio, la trabajadora de caso me dijo que había enviado mi caso al gobierno y que iban a considerar una excepción a los requisitos de identificación. Creí que todo estaba completo, pero el martes 29 de julio, alguien del gobierno me llamo y me dijo que tenía que presentarme personalmente el jueves 31 de julio para una verificación de mi identificación. El 31 de julio viajé para aproximadamente una hora y media en coche para ir a un edificio del gobierno y presentar mi identificación. Una mujer que trabaja para el gobierno tomó una foto de mi identificación y una foto de mí. Creía que eso iba a ser el último paso del proceso, pero el cinco de agosto la nueva trabajadora de mi hijo preguntó por un numero de seguridad social.

8.    Creo que la gente del gobierno van a hacer una reunión par ver si pueden aprobar el caso o si van a pedir más cosas. Hace mucho tiempo que no he recibido noticias sobre el caso y es muy estresante para mí y para mi hijo. Me preocupa mucho que van a pedir más cosas y que no voy a poder darles lo que quieren. He dado toda la información que puedo y he hecho todo lo posible para que mi niño está conmigo.

9.    Me preocupa mucho también tratar de manejar porque no quiero causar accidentes. Tuve una cita para el examen de conducir el 7 de agosto. Fui a la cita porque no había recibido una decisión sobre el caso de mi hijo y no sé si voy a obtener una excepción al requisito de identificación. No pasé el examen y el examinador fue muy feo conmigo. Me sentí mal porque no puedo manejar pero quería intentar todo lo posible para que mi hijo puede vivir conmigo. También he faltado mucho al trabajo a causa de todos las citas relacionado al caso de mi hijo y mi trabajo lo ha notado.

10.     Lo que más deseo es estar con mi hijo. Yo sé que el gobierno tiene que verificar que los patrocinadores no hayan hecho cosas malas, pero yo no he tenido problemas. Simplemente no tengo una identificación de los Estados Unidos y no puedo manejar. No sé por qué esto es relevante para el cuidado de mi hijo. He hecho todo lo posible para que mi niño puede regresar a casa conmigo y que él tiene buenos estudios. Le gusta dibujar y estudiar y quiere ir a la escuela.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 14 de agosto del año 2025, en ███████ California

3