UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELICA S., *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br>      Defendants. | No. 1:25-cv-01405 (DLF) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment and based on the documents and arguments submitted in support and in opposition to the motion, Plaintiffs' Motion for Summary Judgment is GRANTED.

The Court ORDERS as follows:

(1) The Interim Final Rule titled "Unaccompanied Children Program Foundational Rule; Update To Accord With Statutory Requirements," promulgated by the Department of Health and Human Services on March 25, 2025, and published at 90 Fed. Reg. 13,554 is hereby VACATED and shall be given no legal force or effect.

(2) The Office of Refugee Resettlement's ("ORR")'s proof of identification requirements contained in the March 7, 2025, revision of its Unaccompanied Alien Children Bureau Policy Guide Section 2.2.4 are hereby VACATED and shall be given no legal force or effect.

(3) The Office of Refugee Resettlement's ("ORR")'s proof of income requirements contained in the April 15, 2025, revision of its Unaccompanied Alien Children Bureau Policy Guide Section 2.2.4 are hereby VACATED and shall be given no legal force or effect.

1

For the reasons stated in the accompanying Memorandum Opinion, the above-referenced final agency actions are hereby declared unlawful under the Administrative Procedure Act, 5 U.S.C. § 706.

The Court further finds that Plaintiffs have satisfied the requirements for a permanent injunction. Defendants and their agents, employees, attorneys, and all those who are in active concert or participation with them, including ORR grantees and contractors, Fed. R. Civ. P. 65(d)(2), are ENJOINED as follows:

(4) The vacated proof of identification requirements and proof of income requirements currently contained in the March 7, 2025, and April 15, 2025, revisions of its Unaccompanied Alien Children Bureau Policy Guide Section 2.2.4 shall not be applied to any application to sponsor a member of the certified class.

(5) Within one day of this order, ORR shall inform its care providers and any employees, contractors, or grantees working on release cases of the Court's order and direct them to immediately cease applying the vacated policies to sponsorship applications.

(6) Within 10 days of this order, ORR shall inform all potential sponsors of class members who were disqualified or denied based on ORR's revised proof of identification and proof of income requirements described in sections 2 and 3 above that they may now continue with their sponsorship applications. Within 11 days of this order, Defendants shall file a report with the Court confirming such notice is complete.

(7) In all cases where (a) a potential sponsor of a class member submitted a completed sponsorship application and (b) the application was denied, closed, withdrawn, delayed, or could not be completed because of the unlawful policies vacated in sections (1) through (3) above, ORR shall promptly adjudicate the previously submitted application in accordance with its regulatory timelines, 45 C.F.R § 410.1205(b), and without regard to the vacated policies. Within 30 days of this order, Defendants shall file

a report with the Court describing how many cases under this section have not yet been adjudicated and the reasons for the delay in adjudication. Defendants shall file any personally identifying information under seal pursuant to the Court's May 16, 2025, and August 15, 2025, orders, and Federal Rule of Civil Procedure 5.2.

SO ORDERED.

Dated: _____

                                Hon. Dabney L. Friedrich
                                U.S. District Judge

**LCvR 7(k): Persons to Be Served**

BRETT SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
LINDSAY VICK
MICHAEL A. CELONE
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
DEAN P. DE LAS ALAS
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
william.silvis@usdoj.gov

Mishan Wroe (admitted pro hac vice)
Diane de Gramont (admitted pro hac vice)
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway, Suite 600
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

Rebecca Wolozin (D.C. Bar No. 144369)
David Hinojosa (D.C. Bar No. 1722329)
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Avenue NW, Suite 425
Washington, DC 20006
(202) 868-4792
dhinojosa@youthlaw.org
bwolozin@youthlaw.org

| | |
|---|---|
| christina.parascandola@usdoj.gov<br>lindsay.vick@usdoj.gov<br>dean.delasalas@usdoj.gov<br>joshua.c.mccroskey@usdoj.gov<br><br>*Counsel for Defendants* | Cynthia Liao (admitted pro hac vice)<br>Joel McElvain (D.C. Bar No. 448431)<br>Skye L. Perryman (D.C. Bar No. 984573)<br>DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>cliao@democracyforward.org<br>jmcelvain@democracyforward.org<br>sperryman@democracyforward.org<br><br>*Counsel for Plaintiffs* |