**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA S., *et al.*,  )  <br>  )  <br> *Plaintiffs*, )  <br>  )  <br>  v. )  <br> U.S. DEPARTMENT OF HEALTH AND )  <br> HUMAN SERVICES, *et al.*, )  <br>  )  <br>  )  <br> *Defendants*. )  <br>_____) | Case No. 1:25-cv-01405-DLF |

**DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S**
**ORDER OF FEBRUARY 24, 2026**

Defendants, U.S. Department of Health and Human Services (HHS), *et al.*, respond to this Court's Order of February 24, 2026, ordering Defendants to: (1) inform the Court of the status of Office of Management and Budget (OMB) review under the Paperwork Reduction Act (PRA) and (2) identify a date by which OMB's review will be complete.

By way of background, Defendants provide a brief timeline of events to inform this Court of the Office of Refugee Resettlement (ORR), Administration for Children and Families (ACF) efforts to cure the PRA deficiencies with regard to the information collections.

On August 14, 2025, ORR submitted final materials to OMB. Subsequently, a Federal Register Notice was published informing the public of the submission and soliciting public comment. *See Submission for Office of Management and Budget Review; Unaccompanied Alien Children Sponsor Application Packet*, 90 Fed. Reg. 39194 (August 14, 2025).

On September 15, 2025, the public comment period closed, and ORR received five multi-page comment letters.

Pursuant to 5 C.F.R. § 1320.10(b), OMB can take up to 60 days after receiving a proposed information collection to notify the agency of whether it approves, disapproves, or is instructing the agency to make a substantive or material change. *See* 5 C.F.R. § 1320.10(b) (2025). In the instant case, ORR/ACF represented to OMB that additional changes were underway in response to the 30-day public comment period, which ultimately resulted in a delay.

On January 12, 2026, ORR completed its analysis of the comment letters, drafted responses, and made additional changes to the forms in response to comments before submitting its updated final materials to OMB. ORR's delay in submitting its updated final materials to OMB resulted from critical staff being on extended medical leave and conflicting holiday schedules for key personnel involved.

On February 27, 2026, OMB completed its review of the information collection request and approved the collection, including updates noted by ORR on January 12, 2026.

With that, we respond to this Court's order, providing that: As of February 27, 2026, OMB has completed its review of the information collection request, and the collection has been approved.

| | |
|---|---|
| DATE: February 27, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | GLENN M. GIRDHARRY<br>Acting Deputy Director |
| | WILLIAM C. SILVIS<br>Assistant Director |
| | CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel |
| | <u>/s/ Oleksiy Isaev</u><br>OLEKSIY ISAEV<br>JOSHUA MCCROSKEY<br>Trial Attorneys<br>United States Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-431-1481<br>oleksiy.isaev@usdoj.gov |