**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA S., *et al.*,   ) | |
| ) | Case No. 1:25-cv-01405-DLF |
| *Plaintiffs,*   ) | |
| ) | |
| v.   ) | |
| U.S. DEPARTMENT OF HEALTH AND   ) | |
| HUMAN SERVICES, *et al.*,   ) | |
| ) | |
| ) | |
| *Defendants.*   ) | |
| _____ ) | |

**DEFENDANTS' NOTICE OF FILING**

Pursuant to the Court's order following the March 18, 2026 oral argument on Plaintiffs'

motion for class certification and the cross-motions for summary judgment, as well as the

Court's Minute Entry on March 19, 2026, Defendants hereby provide notice of filing of the

current Sponsor Application Form.

DATE: March 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

JOSHUA MCCROSKEY
OLEKSIY ISAEV
Trial Attorneys

/s/*William C. Silvis*
WILLIAM C. SILVIS
Assistant Director
United States Department of Justice
Office of Immigration Litigation – General
Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 307-4693
william.silvis@usdoj.gov

**CERTIFICATE OF SERVICE**
Civil Action No. 1:25-01405-DLF

I HEREBY CERTIFY that on March 19, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing via email to the following counsel.

Mishan Wroe
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway Suite 600
Oakland, CA 94612
(510) 920-3512
Mwroe@youthlaw.org

Rebecca Ruth Wolozin
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Ave NW, Ste. 425
Washington, D.C. 20006
(202) 868-4792
Bwolozin@youthlaw.org

Cynthia Liao
*Pro hac vice*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 851-7944
Cliao@democracyforward.org

Diane DE Gramont
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway Suite 600
Oakland, CA 94612
(510) 920-3508
Ddegramont@youthlaw.org

Joel McElvain
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 935-1082
Jmcelvain@democracyforward.org

3

Skye Perryman
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(254) 722-5745
Sperryman@democracyforward.org

David Hinajosa
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Ave NW, Ste. 426
Washington, D.C. 20006
(202) 223-0724
Dhinojosa@youthlaw.org

/s/William C. Silvis
WILLIAM C. SILVIS