*Angelica S. et al. v. HHS et al.*, 1:25-cv-1405-DLF

**Exhibit Index**

| | |
|---|---|
| Exhibit 1 | Sponsor Application Packet Introduction |
| Exhibit 2 | Authorization for Release of Information |
| Exhibit 3 | Sponsor Application |
| Exhibit 4 | Sponsor Care Agreement |
| Exhibit 5 | Fingerprinting Instructions |
| Exhibit 6 | Letter of Designation for Care of a Child |
| Exhibit 7 | Privacy Notice for Sponsors, their Adult Household Members, and Adult Caregivers |
| Exhibit 8 | Privacy Notice for Parent /Legal Guardians Completing the Letter of Designation for Care of a Child |