

**Administration for Children & Families**
**Office of Refugee Resettlement**

# Sponsor Application Packet Introduction

Dear Potential Sponsor:

Thank you for your interest in applying for the release of a child from the custody of the Office of Refugee Resettlement (ORR) to your care. The child is in our custody because they are unaccompanied and do not have lawful immigration status. ORR is not a law enforcement agency. Our priority is to care for the child while working to release the child safely and promptly to a responsible adult, typically a family member.

A Federal Field Specialist (FFS) is assigned to assist you and your family with the release process. Please contact your FFS for assistance with completing the *Sponsor Application* and providing or obtaining required supporting documentation.  This application packet contains the following forms:

- **Sponsor Packet Introduction:** This form includes an overview of the process along with step-by-step instructions, a list of documents you'll need to complete the sponsor application packet, a list of frequently asked questions, and your signature acknowledging receipt of this packet.

- **Authorization for Release of Information:** ORR prioritizes releasing children to safe sponsors only. This form authorizes ORR to complete multiple safety checks to obtain information in order to make a decision about the sponsor.

- **Sponsor Application:** This is a detailed application for sponsoring an unaccompanied alien child. This form must be fully completed and supporting documents must be provided as requested.

- **Sponsor Care Agreement:** This form provides a more detailed overview of the expectations for sponsors and requires your signature agreeing to fulfill the care requirements.

- **Fingerprinting Instructions:** This document contains instructions for making an appointment for Fingerprint Background Checks.

- **Letter of Designation for Care of a Child:**  This form is an optional component of the *Sponsor Application* and serves to document a parent or legal guardian's wishes for placement of a child with a particular individual as sponsor. The Letter can support overcoming barriers to accessing services post-release (e.g., in school enrollment or during medical visits when a sponsor is not initially recognized as having decision making authority for the child). ORR is not bound to follow its directives in its release decision-making.

- **Privacy Notice for Sponsors:** This document explains more about the information ORR collects in order to ensure safe sponsorship for children.

**Sponsor Application Packet | Version 18**
**SAP-1 (ENG) Sponsor Application Packet Introduction**
**Revised 03/13/2026**

**Page 1 of 4**

# Sponsor Application Packet Introduction
## Office of Refugee Resettlement

- **Privacy Notice for Parents and Legal Guardians:** This document explains more about the information ORR collects in order to ensure safe sponsorship for children.

## HOW TO COMPLETE THIS APPLICATION

**IMPORTANT**: If you cannot complete these steps within seven (7) days, please tell your FFS. Additionally, in certain instances a FFS may assist you (or may have already assisted you) in completing this application.

### STEP 1

If you have not already done so, you must immediately sign and return the **Authorization for Release of Information** form and a copy of your government issued photo ID to your FFS.

**Please note** that you must also submit your valid Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN) with your authorization ORR **may** verify the authenticity of your SSN or ITIN in order to confirm that the number provided is either an SSN or ITIN, as application, and that it belongs to you. Failure to submit an SSN or ITIN will delay processing of the Sponsor Application and may result in ORR denying the application. For questions on obtaining an SSN or ITIN please contact the Social Security Administration.

Your FFS will assist you to schedule an appointment to submit your fingerprints. Contact your FFS if you have questions.

### STEP 2

Read the **Sponsor Handbook, Sponsor Care Agreement,** and **Privacy Notice,** which includes other important information you need to know about sponsoring a child in our program.

### STEP 3

Complete and sign the **Sponsor Application**. Please complete **all** fields of the application.

### STEP 4

Gather the required documents listed in the **Sponsor Application**.

### STEP 5

Submit the **Sponsor Application** (this application) and the required supporting documents to your FFS.

**Sponsor Application Packet | Version 18**
**SAP-1 (ENG) Sponsor Application Packet Introduction**
**Revised 03/13/2026**

**Page 2 of 4**

# Sponsor Application Packet Introduction
## Office of Refugee Resettlement

## FREQUENTLY ASKED QUESTIONS

**Can I sponsor my child if I am undocumented?** Yes. ORR prefers to release a child to a parent or legal guardian, regardless of your immigration status. ORR is not an immigration enforcement agency. However, if you do not have a valid Social Security Number, the background check shall include a check of the Individual Taxpayer Identification Number (ITIN) to submit with your application. *See, e.g.*, Pub. L. 119-21, tit. VIII, § 87001 (b)(1)(B), 139 Stat. 79 (2025).

**Is there a cost to sponsor a child?** No. There is no fee to complete the requirements to sponsor a child, however you may be responsible for costs associated with the child's travel and escort. If you are asked for fees related to the release of a child you may be the target of a potential fraud scheme and should report the matter to law enforcement please see the Fraud Warning document for more information.

**Do I need an attorney to sponsor a child?** No. You do not need an attorney to complete the requirements to sponsor a child. If you need help completing the requirements, your FFS can assist you. If you seek additional assistance, note that there is no fee to complete the requirements to sponsor a child.

**Why do I have to submit my fingerprints?** ORR requires background checks to ensure the safety of the child. Your FFS will assist you to schedule an appointment to submit your fingerprints. Contact your FFS if you have questions.

**What information do I have to provide?** You must complete the *Sponsor Application* and supporting documentation. You must also answer questions from your FFS about your household, your relationship with the child, and your ability to care for the physical and mental well-being of the child. You must provide proof of your identity.

**When do I need to give these documents to my FFS?** You should submit all required information within seven (7) days or earlier, if possible. The sooner you submit all required documents, the sooner ORR will make a decision on releasing the child to your custody. ORR will promptly inform you of a decision on releasing the child to your custody or will notify you if additional information or assessment is required.

We look forward to assisting you with your application.

Sincerely,

Office of Refugee Resettlement
Unaccompanied Alien Children Bureau

**Sponsor Application Packet | Version 18**
**SAP-1 (ENG) Sponsor Application Packet Introduction**
**Revised 03/13/2026**

**Page 3 of 4**

# Sponsor Application Packet Introduction
## Office of Refugee Resettlement

## SIGNATURE

I acknowledge that I have received the Sponsor Application Packet, its contents have been explained to me, and I have had the opportunity to ask questions for clarification. I understand that if I have more questions or need guidance, I will consult my FFS.

YOUR SIGNATURE                                          DATE

**YOUR FULL NAME (PRINTED CLEARLY)**

**Sponsor Application Packet | Version 18**
**SAP-1 (ENG) Sponsor Application Packet Introduction**
**Revised 03/13/2026**

**Page 4 of 4**