

# Administration for Children & Families
### Office of Refugee Resettlement

# Sponsor Care Agreement

You have applied to the Office of Refugee Resettlement (ORR) to sponsor an unaccompanied alien child in the care and custody of the Federal Government pursuant to 6 U.S.C. §279 and 8 U.S.C. §1232. If your sponsorship application is approved, you will receive an ORR Verification of Release form and enter into a custodial arrangement with the Federal Government in which you agree to comply with the following provisions while the child is in your care:

- Provide for the physical and mental well-being of the child, including but not limited to, food, shelter, clothing, education, medical care and other services as needed.

- Enroll the child in school and ensure their attendance, following the existing Federal and applicable requirements of the truancy laws of the state in which you live, and otherwise support their academic success. For example, the child may benefit from supplemental classes or services, such as English as a Second Language (ESL), tutoring, or summer school.

- For those who are not the child's parent or legal guardian, make best efforts to establish legal guardianship with your local court within a reasonable time.

- Attend a legal orientation program provided under the Department of Justice/Executive Office for Immigration Review (EOIR)'s Legal Orientation Program for Custodians (Sponsors), if available where you reside. Please see the Legal Orientation Program for Custodians Overview flyer that was provided to you as part of the Sponsor Application Packet for further information.

- Depending on where the child's immigration case is pending, notify the local Immigration Court or the Board of Immigration Appeals within five (5) days of any change of address or phone number of the child, by using DOJ's Alien's Change of Address form (Form EOIR-33). In addition, if necessary, file a Change of Venue motion on the child's behalf. The Change of Venue motion must contain information specified by the Immigration Court. Please note that a Change of Venue motion may require the assistance of an attorney. For guidance on the "motion to change venue," see the Immigration Court Practice Manual at https://www.justice.gov/eoir/reference-materials/ic. For immigration case information, please contact EOIR's immigration case information system at 1-800-898-7180. Visit EOIR's website for additional information at https://www.justice.gov/eoir/eoir-forms. If you need further assistance, please call or text the ORR National Call Center at 1-800-203-7001 or email information@ORRNCC.com.

- Notify the Department of Homeland Security (DHS)/U.S. Citizenship and Immigration Services) within ten (10) days of any change of address, by filing DHS's Alien's Change of Address Card

(AR-11) or electronically, at https://www.uscis.gov/sites/default/files/document/forms/ar-11.pdf. If you need assistance, please call or text the ORR National Call Center at 1-800-203-7001 or email information@ORRNCC.com.

- In the case of sponsors other than parents or legal guardians, notify ORR immediately if the child permanently leaves your custody and provide updated contact information for the child by calling or texting the ORR National Call Center at 1-800-203-7001 or emailing information@ORRNCC.com.

- Notify ORR within 30 days of any change of address and provide updated contact information by calling or texting the ORR National Call Center at 1-800-203-7001 or emailing information@ORRNCC.com. You must continue to notify ORR of any change of address for a period of three (3) years after the child is released into your custody or while you are receiving post-release services, whichever come later. However, if the child if the child turns 18, their immigration case is resolved, or they permanently leave your custody before three (3) years, you do not need to continue notifying ORR of address changes.

- Ensure the child's presence at all future proceedings before the DHS/Immigration and Customs Enforcement (ICE) and the DOJ/EOIR. For immigration case information, contact EOIR's case information system at 1-800-898-7180.

- Ensure the child reports to ICE for removal from the United States if an immigration judge issues a removal order or voluntary departure order. The child is assigned to a Deportation Officer for removal proceedings.

- Adhere to the existing Federal and applicable state child labor laws and notify the U.S. Department of Labor, Wage and Hour Division if the sponsor or the child are being forced to work against your will, to repay a debt, or in unsafe conditions by calling 1-866-4-USWAGE (1-866-487-9243) or visiting https://webapps.dol.gov/contactwhd.

- Notify local law enforcement or your state or local Child Protective Services if the child has been or is at risk of being subjected to abuse, abandonment, neglect, or maltreatment or if you learn that the child has been threatened, has been sexually or physically abused or assaulted, or has disappeared. Notice should be given as soon as it is practicable or no later than 24 hours after the event or after becoming aware of the risk or threat.

- Notify the National Center for Missing and Exploited Children at 1-800-843-5678 and the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com if the child disappears, has been kidnapped, or runs away. Notice should be given as soon as it becomes practicable or no later than 24 hours after learning of the child's disappearance.

- Notify ICE at 1-866-347-2423 if the child is contacted in any way by an individual(s) believed to represent a smuggling syndicate, organized crime, or a human trafficking organization. Notice should be provided as soon as possible or no later than 24 hours after becoming aware of this information.

- In the case of an emergency (serious illness, destruction of home, etc.), sponsors other than parents or legal guardians temporarily transfer physical custody of the child to another person who will comply with the terms of this Sponsor Care Agreement and notify ORR as soon as possible and no later than 72 hours after the transfer.

- In the event a sponsor who is not the child's parent or legal guardian is no longer able and willing to care for the child and is unable to temporarily transfer physical custody to an alternative caregiver, and the child meets the definition of an unaccompanied alien child, you must immediately notify the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com.

- In the event of initiation of any dependency proceedings or any risk to the unaccompanied child, notify the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com.

- The release of the above-named child from the Office of Refugee Resettlement to your care does not grant the child any legal immigration status and the child must present themselves for immigration court proceedings.


**I declare and affirm under penalty of perjury that I have read the *Sponsor Care Agreement* in its entirety, and I will abide by the care instructions contained in the *Sponsor Care Agreement*. (Sign and date below.)**


**YOUR SIGNATURE**                                        **DATE**