OMB 0970-0278 [valid through 02/28/2029]

**Administration for Children & Families**
Office of Refugee Resettlement

# Fingerprinting Instructions

### What are the steps I need to take to get fingerprinted?

1. Read the *Authorization for Release of Information* carefully and complete the form.

2. Fax or email the Case Manager the completed *Authorization for Release of Information* and a copy of your photo ID. If you are unable to fax or email the documents, please send them by express or priority mail as soon as possible.

3. After submitting the *Authorization for Release of Information,* the Case Manager arranges a fingerprinting session for you or will give you the contact information of the designated digital fingerprint site to arrange your own appointment. If you are unable to travel to the designated digital fingerprint site, you must discuss with your Case Manager the option to provide two sets of paper fingerprint cards.

4. Attend your fingerprinting session at the scheduled time at the designated digital fingerprint site. Please note that ORR DOES NOT offer sponsor fingerprinting services at ORR's Headquarters. Fingerprinting services are available at designated digital fingerprint sites only.

5. Contact the Case Manager after you attend your fingerprinting session to let him or her know you have been fingerprinted. The Case Manager may have further instructions for you to follow to complete other aspects of your background check.

### Do I need to pay a fee to be fingerprinted?

There is no fee if you are fingerprinted at a designated digital fingerprint site. If you are not fingerprinted at a designated digital fingerprint site, then there may be a fee.

### How do I review the results of my fingerprint background checks?

You may review the results of the FBI fingerprint background checks by sending a request to the child's Case Manager. You may also contact the ORR National Call Center for assistance at 800-203-7001 or email at information@ORRNCC.com.

### If the results of my fingerprint background check are wrong can I contest the findings?

Yes. If a sponsor, adult household member, or adult caregiver identified in a sponsor care plan believes the FBI criminal background check results are incorrect, he or she may challenge the accuracy

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 1.25 hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

**Fingerprinting Instructions**
**Office of Refugee Resettlement**

or completeness of the information. The sponsor, adult household member, or adult caregiver may contact the agency that contributed the information the sponsor believes is incorrect. Additional details about obtaining a change, correction, or update of an FBI identification record are set forth in the U.S. Code of Federal Regulations at 28 CFR § 16.34.