

# Administration for Children & Families
## Office of Refugee Resettlement

# Privacy Notice
## Parent/Legal Guardians Completing the Letter of Designation for Care of a Child

This notice is provided by the U.S. Department of Health and Human Services (HHS), Administration for Children and Families (ACF), Office of Refugee Resettlement (ORR). Any privacy questions or complaints should be submitted to UACPolicy@acf.hhs.gov.

The information we collect on the **Letter of Designation for Care of a Child** is authorized under 6 U.S.C. § 279 and 8 U.S.C. § 1232. We will use the information you provide to place your child with the sponsor you designate if you are unavailable to sponsor your child and ORR determines that your designated sponsor is suitable. Providing the information is voluntary, but if you do not provide all of the information, we may not be able to designate the sponsor you request to care for your child

ORR may disclose the information in your *Letter of Designation* to the following non-HHS parties as summarized below:

- To HHS contractors, grantees, consultants, or volunteers who perform work to assist HHS;
- To an attorney or other person representing you or the child in immigration, state court dependency, or juvenile or criminal court proceedings;
- To a child protection and advocacy organization to enable it to advocate effectively for the best interests of the child;
- To a state refugee coordinator arranging placement and services for the child;
- To Federal, state, local, tribal, or foreign law enforcement agencies where relevant to violations or potential violations of civil or criminal law, for enforcement or investigation.
- To an appropriate governmental agency if necessary to protect child welfare, or to safely repatriate a child to the country of origin;
- To state or local health authorities for information affecting public health and safety;
- To any person from whom we need information relevant to an HHS decision concerning public benefits from a federal, state, or local government agency;
- To DOJ to facilitate sponsors' participation in Legal Orientation Programs (LOPCs) for custodians under the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 section235(c)(4), 8 U.S.C. 1232(c)(4);
- To DOJ when the US Government is in litigation or other adjudicatory or administrative proceedings or settlement discussions involving HHS;

- To plaintiffs' counsel as required under the settlement agreement in Flores v. Reno, Case No.CV85–4544–RJK (C.D. Cal. 1996) and Perez-Olano v. Holder, Case No. CV 5–3604 (C.D. Cal.2010);

- To DHS to adjudicate or decide immigration relief and to provide required notifications;

- To a congressional office in responding to a request initiated by you as a constituent;

- To OMB in connection with private relief legislation as set forth in OMB Circular A-19;

- To the National Archives and Records Administration in records management inspections;

- To DHS for cybersecurity monitoring; and

- To appropriate agencies, contractors, and other parties assisting in responding to a security breach experienced by HHS or another federal agency.

Note that once records are disclosed outside of HHS to another organization (such as a federal agency or child advocacy organization), the information will be managed according to the laws and rules applying to that organization, and that the organization may use or disclose the information for other, different purposes than HHS.