**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA S., *et al.*, | ) |
| | ) Case No. 1:25-cv-01405-DLF |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF MARCH 23, 2026**

On March 23, 2026, the Court issued a Minute Order, in which it ordered that Defendants

shall:

> on or before March 24, 2026, at 5:00 p.m., inform the Court (1) whether the forms
> it provided, Dkt. 85, are consistent with its representation of PRA approval by
> OMB, Dkt. 81; (2) if the forms are not consistent with OMB's approval, whether
> the PRA issue is moot; and (3) what forms, if not those filed with the Court, are
> currently being provided by ORR to putative sponsors.

Defendants respond as follows.  (1) On February 27, 2026, Defendants reported that, as of that

date, the Office of Management and Budget completed its review of the information collection

request, under the Paperwork Reduction Act, and approved the collection.  Dkt. No. 81.  The

Office of Refugee Resettlement (ORR) reports that it believes that the forms Defendants

submitted to the Court on March 19, 2026, *see* Dkt. No. 85, are based on the collection that

OMB approved on February 27, 2026, but requests additional time to assess whether it must seek

approval for any changes made to the form more recently.  ORR informs undersigned counsel

that it has made changes to the form and that even with these changes ORR believes that it is not

collecting information that it is not authorized by OMB to collect.  To be certain, ORR requests

an additional seven calendar days to respond to the second question in the Court's order.  In

response to the third question in the Court's order, ORR reports that the forms Defendants

provided on March 19, 2026 (version 18), are the forms that ORR provides putative sponsors to

complete.

DATE: March 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JOSHUA MCCROSKEY
OLEKSIY ISAEV
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation – General
Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov