# Exhibit A



OMB 0970-0278 [valid through MM/DD/YYYY]

## Administration for Children & Families
### Office of Refugee Resettlement

# Sponsor Application

## About you - the sponsor - and the child(ren)

**1) Name(s) of the child(ren)**
List the names of all children you are applying to sponsor

**Your relationship to the child(ren)**
e.g., mother, uncle, family friend

**2) Your Name**

**3) Other names you have used**
List other names you have used, such as your name before you were married or maternal last names (separate with commas)

**4) Your country of origin**
Where you were born

**5) Your date of birth**
month/day/year (e.g., 12/31/1979)

**6) Phone numbers**
e.g., 210-555-1234

Primary Phone

Secondary Phone

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 1.5 hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

**Sponsor Application**
**Office of Refugee Resettlement**

**7) Your email address**

**8) Language(s) you speak**

# Where will you and the child(ren) live?

**9)   Address**

Street Address
(+ apartment number, if applicable)

City                          State          Zip code

**10) Who else currently lives at this address?**
Include everyone who lives at this address, except yourself. A phone number and email address for adults (ages 18 or older).

| Household Member Name | Date of Birth | Relationship to you (the sponsor) | Relationship to the child | Phone Number | Email Address |
|---|---|---|---|---|---|
| *(EXAMPLE)* Miguel | *12/31/1985* | *Brother* | *Uncle* | *555-555-5555* | *mperez@email.com* |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Need Help?** Contact your Federal Field Specialist.

# Adult Who Will Care for the Child(ren) if You Cannot

If you become unable to care for the child(ren), who will care for the child(ren)?

**12a) Name of potential adult caregiver**

**12b) Date of birth of potential adult caregiver**

**12c) Contact information of potential adult caregiver**    Phone Number

Street Address
(+ apartment number, if applicable)

City                                            State              Zip code

**12d) What is their relationship to the child(ren)?**
(grandparent, aunt, sibling over 18 years old, etc.)

**12e) What is their relationship to you, the sponsor?**

**12f) How will the child(ren) be cared for if you become unable to care for them?**

**Need Help?** Contact your Federal Field Specialist.

# Financial Information

**13) How will you financially support the child(ren)?**
Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help financially support the child(ren).

# Health Information

**14a) Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?**    ◯ Yes    ◯ No

If yes, please explain:

**14b) Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)?**    ◯ Yes    ◯ No

If yes, please explain:

**Need Help?** Contact your Federal Field Specialist.

# Criminal History

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation section of this form (page 8 of this packet) for more information.

**15a) Have you ever been charged with or convicted of a crime (other than a minor traffic violation; e.g. speeding, parking ticket, etc.)?**  ○ Yes  ○ No

**15b) Have you ever been investigated for the physical abuse, sexual abuse, neglect, or abandonment of a child?**  ○ Yes  ○ No

**15c) Have you ever committed, agreed to commit, asked someone else to commit, helped commit, or tried to commit a crime or offense for which you were NOT arrested?**  ○ Yes  ○ No

# Sign & Date Your Application

I declare and affirm under penalty of perjury that the information contained in this application is true and accurate to the best of my knowledge.

I attest that all documents I am submitting or copies of those documents are free of error and fraud.

I will provide for the physical and mental well-being of the child(ren). I will also comply with my state's laws regarding the care of this child including:

- Enrolling the child(ren) in school;

- Providing medical care when needed;

- Protecting the child(ren) from abuse, neglect, and abandonment; and

- Any other requirement not herein contained.

I understand that knowingly and willfully falsifying, concealing, or covering up a material fact, or making any materially false, fictitious, or fraudulent statement or representation, or making or using any false writing or document knowing it contains any materially false, fictitious, or fraudulent statement or entry, is a violation of 18 U.S.C. § 1001 and may subject me to fines, imprisonment, or both. ORR may report fraudulent information to Federal law enforcement.

|  |  |
|---|---|
| **YOUR SIGNATURE** | **DATE** |

**Need Help?** Contact your Federal Field Specialist.

**STAFF USE ONLY** - The Federal Field Specialist must complete this section if they assisted the sponsor applicant with entering information into this form.

I attest under penalty of perjury that to the best of my knowledge:
- Any information I entered into this form on behalf of the sponsor applicant is an accurate and complete representation of information provided to me by the sponsor applicant; and
- I have not altered or otherwise misrepresented the information provided by the sponsor applicant.

**Federal Field Specialist Signature**

**Federal Field Specialist Name**                    **Date**

# Supporting Documents

Please provide the following documents. If you are unable to provide the documents we ask for, please explain why in the textbox below and contact your Federal Field Specialist. We may reject your application if any of the required information is missing, incomplete, or inaccurate.

**1) Proof of Child's Identity**

Legible full color photocopy, digital scan, high-resolution digital photo, or original version of the child's birth certificate.

**2) Proof of Identity for you and, as applicable, any household members**

Legible full color photocopies, digital scans, high-resolution digital photos, or original versions of government-issued identification documents. You must present at least one selection from the list below for yourself and each adult member of your household. Expired documents will **not** be accepted.

| Acceptable Proof of Identity Documents |
|---|
| U.S. Passport or U.S. Passport Card |
| Permanent Resident Card or Alien Registration Receipt Card (Form I-551) |
| Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa |
| Employment Authorization Document that contains a photograph (Form I-766) |
| Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work |
| Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI |
| Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address |
| ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address |
| U.S. Military card or draft record |
| U.S. Military dependent's ID card |
| U.S. Coast Guard Merchant Mariner Card |
| Native American tribal document |
| Driver's license issued by a Canadian government authority |

**Need Help?** Contact your Federal Field Specialist.

## 3) Legal Records (if applicable)

If you answered "YES" to either question 15(a) or 15(b) on this form, please provide us with the following information for each charge/conviction:

- Name of person involved
- Place and date of the incident
- Explanation of the incident
- Disposition of the incident (e.g., charges dropped, fined, imprisoned, probation, mandated or voluntary classes, counseling, or other required actions that were part of a plea agreement or court agreement)
- Legible full color photocopies, digital scans, high-resolution digital photos, or original versions of court record(s), police record(s), and/or governmental social service agency record(s) related to the incident(s)

## 4) Proof of Address

An original version of at least one form of documentation verifying your current address. Acceptable forms of documentation include:

- Your current lease with your name
- Your current mortgage statement with your name, dated within the last month before submission of this application
- A valid, unexpired state ID with your current address and photo
- A utility bill, addressed to you at your current address, dated within the last month before submission of this application
- Your bank statement dated within the last month before submission of this application
- A payroll check stub issued by your employer, dated within the last month before submission of this application

## 5) Proof of Income

Legible full color photocopy, digital scan, high-resolution digital photo, or original version of at least one form of documentation verifying your income. Acceptable forms of documentation include:

- Previous year's tax return (if in the United States during that year)
- Copies of paystubs for the past consecutive 60 days;
- An original letter from your employer, signed within the past 60 days, verifying employment and salary.
  - The letter must be on company letterhead and contains verifiable contact information for the employer and supervisor.
  - An ORR Representative must speak with the supervisor or company Human Resources division to verify the information in the letter.
- Documentation of:
  - Income received from assets (for example, a 1099-INT tax form from the previous year or receipts from rental income received covering the last 60 days) or investments

**Need Help?** Contact your Federal Field Specialist.

- o  Unemployment benefits
- o  Strike pay
- o  Gifts
- o  Annuities
- o  Alimony
- o  Proceeds from a settlement
- Public Assistance Records:
  - o  Temporary Assistance for Needy Families (TANF)
  - o  Supplemental Security Income (SSI)
  - o  Cash Assistance
- A balance page from the sponsor's most recent quarterly bank statement
- *Affidavit of Financial Support* (Form SAP-8) (multiple forms may be submitted)

## 6) Proof of Relationship

Legible full color photocopy, digital scan, high-resolution digital photo, or original version of at least one document to provide proof of a relationship between you and the child.

| Your Relationship to the Child | Acceptable Documents |
|---|---|
| **Parent** | • Birth certificates<br>• Court records<br>• Parent's government-issued photo ID |
| **Step-Parent**<br>You have legally adopted the child | • Birth certificates<br>• Parent's government-issued photo ID<br>• Step-Parent's government-issued photo ID<br>• Marriage certificate<br>• Court order documents confirming adoption or legal guardianship has been established |
| **Legal Guardian** | • Court order documents confirming adoption or legal guardianship has been established<br>• Birth certificates<br>• Legal guardian's government-issued photo ID<br>• Guardianship records<br>• Death Certificates |

**Need Help?** Contact your Federal Field Specialist.

**Sponsor Application**
Office of Refugee Resettlement

| | |
|---|---|
| **Family Member** | • Birth certificates<br>• Trail of familial birth and/or death certificates showing that you and the child are related<br>• Marriage certificates<br>• Court records<br>• Written affirmation of relationship from your Consulate |
| **You are not related to the child** | Please contact your Federal Field Specialist |

**7) Reason you are unable to provide all the documents we ask for (if applicable)**

<br><br><br><br><br><br><br><br>

**Need Help?** Contact your Federal Field Specialist.