# Exhibit B

| Proof of Income | |
|---|---|
| **Version 18 of SAC-3, Dkt. 85-4** | **Exhibit A (Information Collection approved by OMB on February 27, 2026)** |
| A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include: | Legible full color photocopy, digital scan, high-resolution digital photo, or original version of at least one form of documentation verifying your income. Acceptable forms of documentation include: |
| <ul><li>Your tax return from the previous year (if in the United States during prior year)</li><li>Copies of your paystubs for at least the past 60 days continuously</li><li>An original letter from your employer verifying your employment and salary information, signed within the past 60 days. The letter must be on company letterhead and contain verifiable contact information for your employer and supervisor. An ORR representative must speak with the supervisor or company human resources division to verify the information in the letter.</li></ul> | <ul><li>Previous year's tax return (if in the United States during that year)</li><li>Copies of paystubs for the past consecutive 60 days;</li><li>An original letter from your employer, signed within the past 60 days, verifying employment and salary.<ul><li>The letter must be on company letterhead and contains verifiable contact information for the employer and supervisor.</li><li>An ORR Representative must speak with the supervisor or company Human Resources division to verify the information in the letter.</li></ul></li><li>Documentation of:<ul><li>Income received from assets (for example, a 1099-INT tax form from the previous year or receipts from rental income received covering the last 60 days) or investments</li><li>Unemployment benefits</li><li>Strike pay</li><li>Gifts</li><li>Annuities</li><li>Alimony</li><li>Proceeds from a settlement</li></ul></li><li>Public Assistance Records:<ul><li>Temporary Assistance for Needy Families (TANF)</li><li>Supplemental Security Income (SSI)</li><li>Cash Assistance</li></ul></li><li>A balance page from the sponsor's most recent quarterly bank statement</li><li>Affidavit of Financial Support (Form SAP-8) (multiple forms may be submitted).</li></ul> |