## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA S., *et al*., | ) |
| | ) Case No. 1:25-cv-01405-DLF |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al*., | ) |
| | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), undersigned counsel notifies this Court of the withdrawal of her appearance as counsel for Defendants in this case.  Good cause supports this withdrawal, as counsel is transferring to a position outside the Civil Division of the U.S. Department of Justice.  Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATE: April 28, 2026

Respectfully submitted,

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov