**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA S., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 25-cv-1405 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 58, is **GRANTED IN PART and DENIED IN PART**. It is further

**ORDERED** that the defendants' Cross-Motion for Summary Judgment, Dkt. 71, is **GRANTED IN PART and DENIED IN PART**. The Clerk of Court is directed to remand this action to the U.S. Department of Health and Human Services, without vacatur, for the agency to promptly reconsider its information-collection requirements consistent with the Court's opinion.

Dabney L. Friedrich
DABNEY L. FRIEDRICH
United States District Judge

September 30, 2026