**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANGELICA S., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | ) | No. 1:25-cv-01405 (DLF) |

**DEFENDANTS' NOTICE OF FILING**

On October 22, 2026, this Court entered a Minute Order requiring "that defendants provide plaintiffs with access to the online sponsorship application and file a copy of the currently operative sponsorship application on the public docket on or before October 26, 2026." Pursuant to the Court's Minute Order, Defendants hereby provide notice of filing of three documents: (1) Sponsor Application Screenshots; (2) ARI [Authorization for Release of Information] Application Screenshots; and (3) Affidavit of Financial Support. On October 23, 2026, undersigned counsel provided the first two attached documents to Plaintiffs through counsel. On October 26, 2026, Plaintiffs requested that Defendants also include the Affidavit of Financial Support in this filing. Accordingly, Defendants provided the Affidavit of Financial Support to Plaintiffs and are including it as the third attachment to this filing.

Date: October 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

<u>*/s/ Joshua C. McCroskey*</u>
JOSHUA C. MCCROSKEY
OLEKSIY ISAEV
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Counsel for Defendants*