# Sponsor Application Screenshots

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

Tips for Success - Image

Tips for Success - Video
**Get started with some helpful tips**




**My Applications (1)**

Sponsored Child
**Sponsor Test Child | Doe - AF**

Sponsor Application
**2252125252**

Created By **Vinay Verma**

Method **Online Application**

Status
New

Previous Section Completed
N/A

Sponsor Application Packet | Version 19

Screenshot if "Tips for Success" Graphic/Video is maximized



An official website of the United States government Here's how you know

Vinay Verma

**Sponsor Application**

English Home About

## Sponsor test for INT Doe's Application

This application has not been started.

| | | |
|---|---|---|
| Sponsor<br>Sponsor test for INT \| Doe | Mobile phone number<br>(225) 212-5252 | Child<br>Sponsor Test Child \| Doe - AF |
| Created By<br>Vinay Verma | Assigned FFS | Submission Method<br>Online Application |
| | Assigned Intakes | |

**No SSN or ITIN entered**

### Application Sections

Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section has not been started.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section has not been started.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor test for INT.**
This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**
This section has not been started.

## Sponsor Application Packet Introduction

Dear Potential Sponsor:

Thank you for your interest in applying for the release of a child from the custody of the Office of Refugee Resettlement (ORR) to your care. The child is in our custody because they are unaccompanied and do not have lawful immigration status. ORR is not a law enforcement agency. Our priority is to care for the child while working to release the child safely and promptly to a responsible adult, typically a family member.

A Federal Field Specialist (FFS) is assigned to assist you and your family with the release process. Please contact your FFS for assistance with completing the Sponsor Application and providing or obtaining required supporting documentation. This application packet contains the following forms:

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-1 (ENG) Sponsor Application Packet Introduction
Revised 07/30/2026

Sponsor test for INT Doe

**Sponsor Application**

English

**Home** **About**

**Welcome, Sponsor test for INT.**
This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**
This section has not been started.

## Sponsor Application Packet Introduction

**Sponsor Packet Introduction:** This form includes an overview of the process along with step-by-step instructions, a list of documents you'll need to complete the sponsor application packet, a list of frequently asked questions, and your signature acknowledging receipt of this packet.

**Authorization for Release of Information:** ORR prioritizes releasing children to safe sponsors only. This form authorizes ORR to complete multiple safety checks to obtain information in order to make a decision about the sponsor.

**Sponsor Application:** This is a detailed application for sponsoring an unaccompanied alien child. This form must be fully completed and supporting documents must be provided as requested.

**Sponsor Care Agreement:** This form provides a more detailed overview of the expectations for sponsors and requires your signature agreeing to fulfill the care requirements.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-1 (ENG) Sponsor Application Packet Introduction
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**
This section has not been started.

## Sponsor Application Packet Introduction

**Fingerprinting Instructions:** This document contains instructions for making an appointment for Fingerprint Background Checks.

**Letter of Designation for Care of a Child:** This form is an optional component of the *Sponsor Application* and serves to document a parent or legal guardian's wishes for placement of a child with a particular individual as sponsor. The Letter can support overcoming barriers to accessing services post-release (e.g., in school enrollment or during medical visits when a sponsor is not initially recognized as having decision making authority for the child). ORR is not bound to follow its directives in its release decision-making.

**Privacy Notice for Sponsors:** This document explains more about the information ORR collects in order to ensure safe sponsorship for children.

**Privacy Notice for Parents and Legal Guardians:** This document explains more about the information ORR collects in order to ensure safe sponsorship for children.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-1 (ENG) Sponsor Application Packet Introduction
Revised 07/30/2026

An official website of the United States government Here's how you know

Vinay Verma

**Sponsor Application**

English | Home | About

**Sponsor test for INT Doe's Application**

This application has not been started.

Sponsor
Sponsor test for INT | Doe

Mobile phone number
(225) 212-5252

Child
Sponsor Test Child | Doe - AF

Created By
Vinay Verma

Assigned FFS

Submission Method
Online Application

Assigned Intakes

**1: Sponsor Packet Introduction**

This section has not been started.

## HOW TO COMPLETE THIS APPLICATION

IMPORTANT: If you cannot complete these steps within seven (7) days, please tell your FFS. Additionally, in certain instances a FFS may assist you (or may have already assisted you) in completing this application.

Step 1

If you have not already done so, you must immediately sign and return the **Authorization for Release of Information** form and a copy of your government issued photo ID to your Case Manager.
Please note that you must also submit your valid Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN) with your authorization. ORR may verify the authenticity of your SSN or ITIN in order to confirm that the number provided is either an SSN or ITIN, as application, and that it belongs to you. Failure to submit an SSN or ITIN will delay processing of the Sponsor Application and may result in ORR denying the application. For questions on obtaining an SSN or ITIN please contact the Social Security Administration.
Your FFS will assist you to schedule an appointment to submit your fingerprints. Contact your FFS if you have questions.

Step 2

Read the **Sponsor Handbook, Sponsor Care Agreement,** and **Privacy Notice,** which includes other important information you need to know about sponsoring a child in our program.

Step 3

Complete and sign the **Sponsor Application**. Please complete all fields of the application.

Step 4

Gather the required documents listed in the **Sponsor Application.**

Step 5

Submit the **Sponsor Application** (this application) and the required supporting documents to your FFS.

Back

Agree and continue

An official website of the United States government Here's how you know

Sponsor test for INT Doe

Sponsor Application

English

Home About

**Welcome, Sponsor test for INT.**

This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**

This section has not been started.

## FREQUENTLY ASKED QUESTIONS

Can I sponsor my child if I am undocumented?

Yes. ORR prefers to release a child to a parent or legal guardian, regardless of your immigration status. ORR is not an immigration enforcement agency. However, if you do not have a valid Social Security Number, the background check shall include a check of the Individual Taxpayer Identification Number (ITIN) to submit with your application. See, e.g., Pub. L. 119-21, tit. VIII, § 87001 (b)(1)(B), 139 Stat. 79 (2025).

Is there a cost to sponsor a child?

No. There is no fee to complete the requirements to sponsor a child, however you may be responsible for costs associated with the child's travel and escort. If you are asked for fees related to the release of a child you may be the target of a potential fraud scheme and should report the matter to law enforcement please see the Fraud Warning document for more information.

Do I need an attorney to sponsor a child?

No. You do not need an attorney to complete the requirements to sponsor a child. If you need help completing the requirements, your FFS can assist you. If you seek additional assistance, note that there is no fee to complete the requirements to sponsor a child.

Back

Agree and continue

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**

This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**

This section has not been started.

## FREQUENTLY ASKED QUESTIONS

Why do I have to submit my fingerprints?

ORR requires background checks to ensure the safety of the child. If you are required to submit fingerprints, your FFS will assist you to schedule an appointment to submit your fingerprints. Contact your FFS if you have questions.

What information do I have to provide?

You must complete the Sponsor Application and supporting documentation. You must also answer questions from your FFS about your household, your relationship with the child, and your ability to care for the physical and mental well-being of the child. You must provide proof of your identity.

When do I need to give these documents to my FFS?

You should submit all required information within seven (7) days or earlier, if possible. The sooner you submit all required documents, the sooner ORR will make a decision on releasing the child to your custody. ORR will promptly inform you of a decision on releasing the child to your custody or will notify you if additional information or assessment is required.

Back

Agree and continue

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application has not been started.

Sponsor

Sponsor test for INT | Doe

**1: Sponsor Packet Introduction**
This section has not been started.

I acknowledge that I have received the *Sponsor Application Packet*, its contents have been explained to me, and I have had the opportunity to ask questions for clarification. I understand that if I have more questions or need guidance, I will consult my FFS.

Write your name exactly as it looks on your ID.

* YOUR SIGNATURE

Sponsor test for INT | Doe

Back

Submit for Case Manager review

Sponsor Application Packet | Version 19
SAP-1 (ENG) Sponsor Application Packet Introduction
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor Test Jane.**
This application is under Case Manager review.

Sponsor

Sponsor Test Jane | Doe

### Application Sections

Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is under Case Manager review.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section has not been started.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**Application Sections**
Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section has not been started.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

[redacted]

**Sponsor Application**

English | Home | About

[redacted]

This application has not been started.

Sponsor
[redacted]

Mobile phone number
[redacted]

Child
[redacted]

Created By
[redacted]

Assigned FFS

Assigned Intakes

Submission Method
Online Application

**2: Background**
This section has not been started.

**2.1 About the child (children)**

Child (children) Information

A related ARI is Complete

Child

Add

Child's first name
[redacted]

Child's last name
[redacted]

Child's date of birth
[redacted]

*Child's UAC Portal ID
[redacted]

The Sponsor's UAC Portal ID cannot be the same as any of the Children UAC Portal IDs.

*Child's A#
[redacted]

*Child's country of origin
[redacted]

**2.2 About you, the Sponsor**

Your name

Your first name
[redacted]

Last name
[redacted]

Your date of birth
[redacted]

Your Phone
[redacted]

Your Email

Country of Citizenship

SSN

ITIN

Sponsor's UAC Portal ID
[redacted]

Your previously used name(s)

List other names you have used, such as your name before you were married or maternal last names. If no other names, leave blank.

Previous name / Also Known As

Add

Your previous name

When you stopped using this name

Still In Use

Month

Year

Your place of birth

Please copy from your birth certificate

Country
[redacted]

City

**Bottom part of page**

### 2.3 Your addresses

If you do not know your street address, enter **"Unable to recall address."** You must still provide the **City, State, or Country** and the **dates.**

Tips to Prevent Gaps in Previous Address History

Your current address

Did you have a fixed home or physical address during this time?
○ Yes ○ No

Address start date

Month | Year

Your past addresses

Don't Leave Gaps in Your Previous Addresses

Where have you lived? Include all addresses where you lived from age 18 to today. Please include addresses from your home country.

Previous address — Add

Did you have a fixed home or physical address during this time?
○ Yes ○ No

Address start date

Month | Year

Address end date

Month | Year

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**Application Sections**
Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files | Or drop files

Selfie Example

Selfie Verification Photo
Upload Files | Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Test INT Screens

**Sponsor Application**

English | Home | About

**Welcome, Sponsor Test INT.**
This application is under Case Manager review.

Sponsor
Sponsor Test INT | Screens

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

- -- Clear --
- Driver's license issued by a Canadian government authority
- Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a na...
- Employment Authorization Document that contains a photograph (Form I-766)
- Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa
- Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work
- ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth...
- Native American tribal document
- Non-Compliant Document

Save For Later

Sponsor Test INT Screens

**Sponsor Application**

English

**Home** **About**

**Welcome, Sponsor Test INT.**
This application is under Case Manager review.

Sponsor
Sponsor Test INT | Screens

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

- ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth...
- Native American tribal document
- Non-Compliant Document
- Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmig...
- Permanent Resident Card or Alien Registration Receipt Card (Form I-551)
- U.S. Coast Guard Merchant Mariner Card
- U.S. Military card or draft record
- U.S. Military dependent's ID card
- U.S. Passport or U.S. Passport Card

**Save For Later**

**Complete section**

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Driver's license issued by a Canadian government authority

Upload Driver's license Front issued by a Canadian government authority
Upload Files Or drop files

Upload Driver's license Back issued by a Canadian government authority
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or informatior

Upload Front of Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address
Upload Files Or drop files

Upload Back of Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Employment Authorization Document that contains a photograph (Form I-766)

Upload Employment Authorization Document Front that contains a photograph (Form I-766)
Upload Files Or drop files

Upload Employment Authorization Document Back that contains a photograph (Form I-766)
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**

This application is in progress.

Sponsor

Sponsor test for INT | Doe

**3: ARI file uploads**

This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa

Upload foreign passport that includes the front page, back page, and the I-551 stamp or temporary I-551 printed notation from the machine-readable immigrant visa.

Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files

Upload Files Or drop files

Selfie Example

Selfie Verification Photo

Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work

Upload Foreign passport with Form 1-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work
Upload Files | Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files | Or drop files

Selfie Example

Selfie Verification Photo
Upload Files | Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name

Upload ID card Front issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address
Upload Files Or drop files

Upload ID card Back issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Native American tribal document

Upload Native American tribal document Front
Upload Files Or drop files

Upload Native American tribal document Back
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Non-Compliant Document

Upload Non-Compliant Document
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicati

Upload passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI), along with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association between the United States and the FSM or RMI.
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Permanent Resident Card or Alien Registration Receipt Card (Form I-551)

Upload Front of Permanent Resident Card or Alien Registration Receipt Card (Form 1-551)
Upload Files Or drop files

Upload Back of Permanent Resident Card or Alien Registration Receipt Card (Form 1-551)
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Application

Sponsor test for INT Doe

English

Home About

Welcome, Sponsor test for INT.

This application is in progress.

Sponsor

Sponsor test for INT | Doe

**3: ARI file uploads**

This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

U.S. Coast Guard Merchant Mariner Card

Upload U.S. Coast Guard Merchant Mariner Card Front

Upload Files Or drop files

Upload U.S. Coast Guard Merchant Mariner Card Back

Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files

Upload Files Or drop files

Selfie Example

Selfie Verification Photo

Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**

This application is in progress.

Sponsor

Sponsor test for INT | Doe

**3: ARI file uploads**

This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

U.S. Military card or draft record

Upload U.S. Military card or draft record Front

Upload Files Or drop files

Upload U.S.Military card or draft record Back

Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files

Upload Files Or drop files

Selfie Example

Selfie Verification Photo

Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Military dependent's ID card

Upload U.S. Military dependent's ID card Front
Upload Files Or drop files

Upload U.S. Military dependent's ID card Back
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Passport or U.S. Passport Card

Upload U.S. Passport or U.S. Passport Card
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**Application Sections**
Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section has not been started.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**1 of 5**

Carefully read this Authorization agreement and accompanying Privacy Notice, then provide your typed electronic signature.

**I Authorize** any investigator, special agent, employee, contractor, grantee or other duly accredited representative working on behalf of the Office of Refugee Resettlement (ORR) conducting my background investigation or sponsorship assessment to obtain information for the purposes of assessing my ability to provide appropriate care and placement of a child and for providing post release services, as needed, or my background as a member of the household or caregiver for a child, as applicable.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**2 of 5**

I authorize any federal, state, or local criminal justice agency; federal, state, local, or private child welfare agency; federal immigration agency; or any other sources of information, such as schools, courts, treatment providers, probation/parole officers, mental health professionals, or other references, to release information about any criminal history, child abuse and neglect charges or concerns, mental health issues, substance abuse, domestic violence, or any other psychosocial information gathered about me either verbally or in writing.

**I Authorize** custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, employee, contractor, grantee, or other duly accredited representative of the ORR

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | **Home** | **About**

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**3 of 5**

**I Understand** that my biometric and biographical information, including my fingerprints and my photograph, is shared with Federal, state or local law enforcement agencies and may be used consistent with their authorities, including with the U.S. Department of Homeland Security (DHS) and with the U.S. Department of Justice (DOJ) to investigate my criminal history through the National Criminal Information Center.

**I Understand** that the information released by any custodian of my records and any other sources of information about me is for official use by the U.S. Government, its employees, grantees, contractors, and other delegated personnel, for the purposes stated above, and may be disclosed by the U.S. Government only as authorized by law.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | **Home** | **About**

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**4 of 5**

**I Understand** that this information will become the property of the ORR and may be reviewed by its employees, grantees, contractors, and delegates. I also understand that the ORR may share this information with the employees and contractors of other Federal agencies.

**I Understand** that ORR will offer me a fingerprint appointment within seven (7) business days of receipt of a signed copy of this document and a valid form of identification, unless circumstances beyond ORR's control prevent ORR from offering an appointment within that timeframe. I further understand that ORR will make reasonable efforts to process my fingerprints within ten (10) business days of receipt of a set of legible prints, unless circumstances beyond ORR's control prevent fingerprints from being processed within that timeframe.

**I Hereby Relinquish** any claim or right under the laws of the United States against the federal government, its employees, grantees, contractors, or delegates, for the legally authorized use of any information gathered during a search of my criminal history, child welfare information, any information contained in my sponsorship application and supporting documentation, and any information gathered from any verbal or written sources regarding this sponsorship application.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

**5 of 5**

I, Sponsor test for INT Doe, agree to the Authorization Agreement. I declare and affirm under penalty of perjury that the information contained in this authorization is true and accurate to the best of my knowledge.

Write your name exactly as it looks on your ID.

* YOUR SIGNATURE

Sponsor test for INT | Doe

Back

Submit for Case Manager review

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is under Case Manager review.

Sponsor
Sponsor test for INT | Doe

**Application Sections**
Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is under Case Manager review.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**Application Sections**
Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section has not been started

**5B: Prior Sponsorship Information**
This section has not been started

**6: Household information**
This section has not been started

**7: Alternative caregiver**
This section has not been started

**8: Sponsor Application file upload**
This section has not been started.

**9: Application agreement**
This section has not been started

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Test SFN Test SLN

**Sponsor Application**

English Home About

**Welcome, Test SFN.**
This application is in progress.

Sponsor
Test SFN | Test SLN

**5A: Sponsor information**
This section is in progress, last changed by the Case Manager.

## 5A.1 Sponsor's relationship to child

Child

Test CFN Test CLN

Sponsor's relationship to child

Your relationship to this child
Father

## 5A.2 About you, Test SFN Test SLN

Background information

Your country of origin (where you were born)
India

Language(s) you speak

Language 1
Spanish

Language 2 (optional)

Language 3 (optional)

Your contact information

Mobile phone number
(314) 767-5849

Secondary phone number (optional)

Email address (optional)
rvijayshankar+sp091026@salesforce.com

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Test

## 5A.3 Sponsor's Income and Employment Information

Are you providing court ordered financial support to children?
○ Yes ◉ No

Are you receiving child support?
○ Yes ◉ No

Do you have a job?
○ Yes ◉ No

How do you earn money?
Test

Are you financially supported by the Household Members, a partner, Alternative Caregiver, or spouse?
○ Yes ◉ No

Are you able to meet and pay for all your expenses?
○ Yes ◉ No

What are your other sources of income?
fgbds

List your monthly expenses for:

Food - Average cost per month
$ 1.00

Rent - Average cost per month
$ 1.00

Clothing - Average cost per month
$ 1.00

School Needs - Average cost per month
$ 1.00

Total Monthly Expenses
$ 4.00

Total Monthly Income
$ 0.00

Total Annual Income
$ 0.00

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Test INT Screens

**Sponsor Application**

English Home About

**Welcome, Sponsor Test INT.**
This application is in progress.

Sponsor
Sponsor Test INT | Screens

**5A: Sponsor information**
This section has not been started

## 5A.1 Sponsor's relationship to child

Child

**Child Test INT Screens**

Sponsor's relationship to child

Your relationship to this child

## 5A.2 About you, Sponsor Test INT Screens

### Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Language 2 (optional)

Language 3 (optional)

### Your contact information

Mobile phone number

Secondary phone number (optional)

Email address (optional)

### Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

## 5A.3 Sponsor's Income and Employment Information

Are you providing court ordered financial support to children?
(●) Yes ( ) No

Are you receiving child support?
(●) Yes ( ) No

Do you have a job?
(●) Yes ( ) No

Job — Add

My Job

Type of Employment / Position Title / Job Title

Weekly Average Income

Annual Income (System Generated)
$ 0.00

Employer Name

Employer Street Address

Employer City

Employer Country
United States

Employer State

Employer Zipcode

Employer Phone

Employer Name

Employer Street Address

Employer City

Employer Country

United States

Employer State

Employer Zipcode

Employer Phone

**Start Date Of Employment**

Employment Start Month

Employment Start Year

Length of Employment

0.00

Average Total Hours Worked per Week

**Days Worked per Week on Average**

- ☐ Monday
- ☐ Tuesday
- ☐ Wednesday
- ☐ Thursday
- ☐ Friday
- ☐ Saturday
- ☐ Sunday

Comment

Are you financially supported by the Household Members, a partner, Alternative Caregiver, or spouse?

(●) Yes ( ) No

## Supporter's Job

Add

My Supporter's job

Type of Employment / Position Title / Job Title

Weekly Average Income

Annual Income (System Generated)

$ 0.00

Employer Name

Employer Street Address

Employer City

Employer Country

United States

Employer State

Employer Zipcode

Employer Phone

**Start Date Of Employment**

Employment Start Month

Employment Start Year

Length of Employment

0.00

Average Total Hours Worked per Week

Days Worked per Week on Average

- ☐ Monday
- ☐ Tuesday
- ☐ Wednesday
- ☐ Thursday
- ☐ Friday
- ☐ Saturday
- ☐ Sunday

Comment

**Are you able to meet and pay for all your expenses?**

(●) Yes ( ) No

What are your other sources of income?

[ ]

**List your monthly expenses for:**

Food - Average cost per month

[ ]

Rent - Average cost per month

[ ]

Clothing - Average cost per month

[ ]

School Needs - Average cost per month

[ ]

Total Monthly Expenses

$ 0.00

Total Monthly Income

$ 0.00

Total Annual Income

$ 0.00

Save For Later

Complete section

*Sponsor Information – 5A*

**5A: Sponsor information**
This section has not been started

## 5A.1 Sponsor's relationship to child

Child

Sponsor's relationship to child

Your relationship to this child

| |

-- Clear --
Adult First Cousin
Adult Nephew
Adult Niece
Aunt
Brother
Brother-in-law
Father
Godfather

## 5A.2

Bac

You

Language(s) you speak

**5A: Sponsor information**
This section has not been started

## 5A.1 Sponsor's relationship to child

Child

**Emanuel Alberto Chiquin Caal**

Sponsor's relationship to child

Your relationship to this child

Godmother
Grandfather
Grandmother
Half-sibling
Legal Guardian
Mother
Other Distant Relative
Sister
Sister-in-law

## 5A.2

Bac

You

Language(s) you speak

Language 1

Language 2 (optional)

This section has not been started

## 5A.1 Sponsor's relationship to child

Child

[redacted]

Sponsor's relationship to child

Your relationship to this child

- Sister
- Sister-in-law
- Stepbrother
- Stepfather Non-Legally Adopted
- Stepmother Legally Adopted
- Stepmother Non-Legally Adopted
- Stepsister
- UAC's Spouse
- Uncle

## 5A.2

Bac

You

Language(s) you speak

Language 1

Language 2 (optional)

### 5A.1 Sponsor's relationship to child

Child

[redacted]

Sponsor's relationship to child

Your relationship to this child

- Uncle
- Unrelated Sponsor
- Stepfather Legally Adopted
- Daughter-in-law
- Daughter
- Family Friend
- Granddaughter
- Grandson
- Nephew
- Niece

### 5A.2

Bac

You

Language(s) you speak

Language 1

Language 2 (optional)

Language 3 (optional)

Your contact information

## 5A.1 Sponsor's relationship to child

Child

[redacted]

Sponsor's relationship to child

Your relationship to this child

- Nephew
- Niece
- Other Cousin
- Son
- Institutional/Organizational Sponsor
- Parent's Partner
- Qualified Step-Parents
- Spouse
- Step Son
- Step Daughter

## 5A.2

Bac

You

Language(s) you speak

Language 1

Language 2 (optional)

Language 3 (optional)

Your contact information

## 5A.1 Sponsor's relationship to child

Child

[redacted]

Sponsor's relationship to child

Your relationship to this child

|

Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter
Godson
Mother-in-law
Partner

## 5A.2

Bac

You

Language(s) you speak

Language 1

Language 2 (optional)

Language 3 (optional)

Your contact information

## 5A.1 Sponsor's relationship to child

Child

**Emanuel Alberto Chiquin Caal**

Sponsor's relationship to child

Your relationship to this child

## 5A.2 About you, [redacted]

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

-- Clear --
Acateco
Achi
Albanian
Arabic
Armenian
Asante
Awakatek
Azerbaijani

Secondary phone number (optional)

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Azerbaijani

Bambara

Bengali

Cantonese Chinese

Chatino

Chechen

Chorti

Chuj

Creole - Haitian (French)

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Creole - Haitian (French)
Creole - Spanish
Czech
Dari
Dutch
Eman
English
Ewe
Fante

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Farsi (Persian)
French
Fujianese
Fulani
Fuzhou
Ga
Garifuna
Georgian
German

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Gujarati

Haryanvi

Hausa

Hebrew

Hindi

Hungarian

Italian

Ixil

Jacaltelco (Popti)

Japanese

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Japanese

Kaqchikel

Kiche

Kikongo

Korean

Kotokoli

Kurdish

Kyrgyz

Lachi

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Latvian
Lenca
Lingala
Malinke
Mam
Mandarin Chinese
Mandingo
Marwari
Maya
Mazatec

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Mazatec
Miskito
Mixteco
Mopan
Nahuatl
Nepali
Otomi
Pashai
Pashto

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

- Patois
- Polish
- Poqomam
- Poqomchi
- Portuguese
- Pular
- Punjabi
- Qanjobal
- Q'eqchi

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Quechua
Rohingya
Romani (Gypsy)
Romanian
Russian
Serbian
Sipakapense
Slovak
Somali

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Soninke

Spanish

Susu

Swahili

Sylheti

Tajik

Tamil

Tarahumara

Tectiteco

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Telugu

Thai

Tibetan

Tigrinya

Tlapanec

Tojolabal

Triqui

Turkish

Twi

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

## Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

- Tzeltal
- Tzotzil
- Tz'utujil
- Ukrainian
- Urdu
- Uspanteko
- Uzbek
- Wolof
- Yoruba

Secondary phone number (optional)

Email address (optional)

## Your financial information

How will you financially support the child (children)?

Please explain. Include all sources and amounts of your income (for example, the amount you are paid each week) as well as explaining any financial support from others who will help with financial support.

Background information

Your country of origin (where you were born)

Language(s) you speak

Language 1

Urdu
Uspanteko
Uzbek
Wolof
Yoruba
Zaghawa
Zapotec
Zarma
Zoque

Secondary phone number (optional)

Email address (optional)

Your financial information

How will you financially support the child (children)?

***5B***



An official website of the United States government Here's how you know

Sponsor Application

Test SFN Test SLN

English Home About

Welcome, Test SFN.
This application is in progress.

Sponsor
Test SFN | Test SLN

5B: Prior Sponsorship Information
This section is in progress, last changed by the Case Manager.

## 5B: Prior Sponsorship Information

Have you ever attempted to sponsor a child in ORR Care?
(•) Yes ( ) No

Prior Sponsorship [Add]

Date of Sponsorship: 01/01/2000

Child's first name: Test PCFN

Child's last name: Test PCLN

Child's date of birth: 01/01/2000

Child Sex: Male

Your relationship to this child: Grandfather

Is/was the child enrolled in or attending school?: Yes

Did the child attend their immigration court date?
( ) Yes (•) No

Has the Child received Post Release Services from ORR? Has a case manager been in touch to support the child?
( ) Yes (•) No

Is the child you sponsored still residing with you?
(•) Yes ( ) No

Have you ever had an ORR Home Study for your sponsorship?
( ) Yes (•) No

Have you ever withdrawn or discontinued an application to sponsor a child?
( ) Yes (•) No

Have you ever been told no when trying to Sponsor a child?
( ) Yes (•) No

Do you have any relatives in ORR care?
( ) Yes (•) No

Have you ever had a child removed from your custody?
( ) Yes (•) No

[Save For Later]

[Complete section]

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Test INT Screens

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test INT.**
This application is in progress.

Sponsor
Sponsor Test INT | Screens

**5B: Prior Sponsorship Information**
This section has not been started

## 5B: Prior Sponsorship Information

Have you ever attempted to sponsor a child in ORR Care?
(•) Yes ( ) No

Prior Sponsorship

Add

Date of Sponsorship

Child's first name

Child's last name

Child's date of birth

Child Sex

Your relationship to this child

Is/was the child enrolled in or attending school?

[ ]

**Did the child attend their immigration court date?**
(•) Yes ( ) No

If yes, what was the court date?

[ ]

**Has the Child received Post Release Services from ORR? Has a case manager been in touch to support the child?**
(•) Yes ( ) No

**Is the child you sponsored still residing with you?**
( ) Yes (•) No

Explain why the child is not residing with you

[ ]

**Have you ever had an ORR Home Study for your sponsorship?**
( ) Yes (•) No

**Have you ever withdrawn or discontinued an application to sponsor a child?**
(•) Yes ( ) No

Why did you withdraw?

[ ]

**Have you ever been told no when trying to Sponsor a child?**
(•) Yes ( ) No

Why?

[ ]

**Do you have any relatives in ORR care?**
(•) Yes ( ) No

**Have you ever had a child removed from your custody?**
(•) Yes ( ) No

Explain

[ ]

**Save For Later**

**Complete section**

Child's A#

Child's first name

Child's last name

Child's date of birth

Child Sex

-- Clear --

Male

Female

Is/was the child enrolled in or attending school?

Did the child attend their immigration court date?
◯ Yes ◯ No

Has the Child received Post Release Services from ORR? Has a case manager been in touch to support the child?
◯ Yes ◯ No

Is the child you sponsored still residing with you?
◯ Yes ◯ No

Have you ever had an ORR Home Study for your sponsorship?
◉ Yes ◯ No

Have you ever withdrawn or discontinued an application to sponsor a child?
◉ Yes ◯ No

Why did you withdraw?

Child's date of birth

Child Sex

Your relationship to this child

-- Clear --
Adult First Cousin
Adult Nephew
Adult Niece
Aunt
Brother
Brother-in-law
Father
Godfather

Have

Have you ever withdrawn or discontinued an application to sponsor a child?
(•) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(•) Yes ( ) No

Why?

Child's date of birth

Child Sex

Your relationship to this child

Godmother
Grandfather
Grandmother
Half-sibling
Legal Guardian
Mother
Other Distant Relative
Sister
Sister-in-law
Stepbrother

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
Yes No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
Yes No

Why?

Do you have any relatives in ORR care?
Yes No

Child's date of birth

Child Sex

Your relationship to this child

- Stepbrother
- Stepfather Non-Legally Adopted
- Stepmother Legally Adopted
- Stepmother Non-Legally Adopted
- Stepsister
- UAC's Spouse
- Uncle
- Unrelated Sponsor
- Stepfather Legally Adopted
- Daughter-in-law

Have

Have you ever withdrawn or discontinued an application to sponsor a child?

(•) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?

(•) Yes ( ) No

Why?

Child's last name

Child's date of birth

Child Sex

Your relationship to this child

Daughter-in-law
Daughter
Family Friend
Granddaughter
Grandson
Nephew
Niece
Other Cousin
Son
Institutional/Organizational Sponsor

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
(•) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(•) Yes ( ) No

Why?

Do you have any relatives in ORR care?
(•) Yes ( ) No

Child's date of birth

Child Sex

Your relationship to this child

- Son
- Institutional/Organizational Sponsor
- Parent's Partner
- Qualified Step-Parents
- Spouse
- Step Son
- Step Daughter
- Son-in-law
- First Cousin

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?

(●) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?

(●) Yes ( ) No

Why?

Child's date of birth

Child Sex

Your relationship to this child

Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter
Godson
Mother-in-law
Partner

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
Yes No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
Yes No

Why?

Do you have any relatives in ORR care?

Child Sex

Your relationship to this child

Is/was the child enrolled in or attending school?

-- Clear --

Yes

No

Not Currently Attending

○ Yes ○ No

Have you ever had an ORR Home Study for your sponsorship?

◉ Yes ○ No

Have you ever withdrawn or discontinued an application to sponsor a child?

◉ Yes ○ No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?

◉ Yes ○ No

Why?

Do you have any relatives in ORR care?

◉ Yes ○ No

Have you ever had a child removed from your custody?

◉ Yes ○ No

Explain

An official website of the United States government Here's how you know

Test SFN Test SLN

**Sponsor Application**

English Home About

**Welcome, Test SFN.**
This application is in progress.

Sponsor
Test SFN | Test SLN

**6: Household information**
This section is in progress, last changed by the Case Manager.

## 6.1 Where will you and the child (children) live?

Address

135 Cardow Dr OFallon, MO 63368

Same as your current address?
- (●) Yes
- ( ) No

## 6.2 Household members

Household Members

Include everyone in who lives in your household

Include everyone who lives at this address, except yourself. A phone number and email address for adults (age 18 or older).

Household member

☑ Has ARI Application

Add

Household member's first name
Test HFN

Household member's last name
Test HLN

Household member's date of birth
01/01/1987

Household member's phone number
(314) 485-0495

Household member's email address
rvijayshankar+hhm1013@salesforce.com

Household member's relationship to you, the sponsor
Spouse

Household member's relationship to the child (children)
Mom

## 6.3 Health information

Serious contagious diseases

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?
- ( ) Yes
- (●) No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:
- ( ) Yes
- (●) No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

Have you or any person in your household ever been charged with or convicted of a crime (other than a minor traffic violation)? e.g. speeding, parking ticket, etc.
- ( ) Yes
- (●) No

Abuse or abandonment

Have you or any person in your household ever been investigated for the physical abuse, sexual abuse, neglect or abandonment of a minor?
- ( ) Yes
- (●) No

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Test INT Screens

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test INT.**
This application is in progress.

Sponsor

Sponsor Test INT | Screens

**6: Household information**
This section has not been started

## 6.1 Where will you and the child (children) live?

Address

123 Main Road New York City, NY 10000

Same as your current address?

- (●) Yes
- ( ) No

## 6.2 Household members

Household Members

Include everyone in who lives in your household

Include everyone who lives at this address, except yourself. A phone number and email address for adults (age 18 or older).

Household member

Has ARI Application

Add

Household member's first name

Household member's last name

Household member's date of birth

mm/dd/yyyy

Household member's phone number

Household member's email address

Household member's relationship to you, the sponsor

Household member's relationship to the child (children)

### 6.3 Health information

Serious contagious diseases

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?

- (•) Yes
- ( ) No

Please explain.

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:

- (•) Yes
- ( ) No

Please explain.

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

Have you or any person in your household ever been charged with or convicted of a crime (other than a minor traffic violation)? e.g. speeding, parking ticket, etc.

- ( ) Yes
- (•) No

Abuse or abandonment

Have you or any person in your household ever been investigated for the physical abuse, sexual abuse, neglect or abandonment of a minor?

- ( ) Yes
- (•) No

Save For Later

Complete section

Household member

Has ARI Application

Add Delete

Household member's first name

Household member's last name

Household member's date of birth

mm/dd/yyyy

Household member's phone number

Household member's email address

Household member's relationship to you, the sponsor

-- Clear --

Adult First Cousin

Adult Nephew

Adult Niece

Aunt

Brother

Brother-in-law

Father

Godfather

6.3 I

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?

Yes

No

Household member's email address

Household member's relationship to you, the sponsor

Godmother
Grandfather
Grandmother
Half-sibling
Legal Guardian
Mother
Other Distant Relative
Sister
Sister-in-law

## 6.3 I

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?
Yes
No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:
Yes
No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet for more information.

Household member's email address

Household member's relationship to you, the sponsor

- Stepbrother
- Stepfather Non-Legally Adopted
- Stepmother Legally Adopted
- Stepmother Non-Legally Adopted
- Stepsister
- UAC's Spouse
- Uncle
- Unrelated Sponsor
- Stepfather Legally Adopted
- Daughter-in-law

## 6.3 I

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?

- Yes
- No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:

- Yes
- No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Household member's email address

Household member's relationship to you, the sponsor

Daughter-in-law
Daughter
Family Friend
Granddaughter
Grandson
Nephew
Niece
Other Cousin
Son

## 6.3 I

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?
Yes
No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:
Yes
No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

Household member's email address

Household member's relationship to you, the sponsor

Institutional/Organizational Sponsor
Parent's Partner
Qualified Step-Parents
Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter

## 6.3 I

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?
- Yes
- No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:
- Yes
- No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

Household member's email address

Household member's relationship to you, the sponsor

Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter
Godson
Mother-in-law
Partner

## 6.3

Ser

Does any person in your household have any serious contagious diseases (TB, AIDS, hepatitis, etc.)?
Yes
No

Child health conditions

Are you aware of any health conditions the child(ren) may have (disabilities, allergies, diseases, etc.)? If so, please explain:
Yes
No

## 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

# 6.4 Criminal history

If you answer "YES" to either of these questions, you will need to provide more information. See the Supporting Documentation page (page 6 of this packet) for more information.

Incident

Have you or any person in your household ever been charged with or convicted of a crime (other than a minor traffic violation)? e.g. speeding, parking ticket, etc.

- (●) Yes
- ( ) No

Incident Add

Name of household member(s) involved

[ ]

Place of the incident

[ ]

Date of the incident

mm/dd/yyyy

Explanation of the incident

[ ]

Disposition of the incident. e.g., charges dropped, fined, imprisoned, probation

-- Clear --
Charges dropped
Fined
Imprisoned
Other
Probation

Abu

Hav

- ( )
- (●)

Save For Later

Complete section

## Abuse or abandonment

**Have you or any person in your household ever been investigated for the physical abuse, sexual abuse, neglect or abandonment of a minor?**

- (●) Yes
- ( ) No

### Abuse or abandonment

Add

Name of household member(s) involved

Place of the incident

Date of the incident

mm/dd/yyyy

Explanation of the incident

Disposition of the incident. e.g., charges dropped, fined, imprisoned, probation

- -- Clear --
- Charges dropped
- Fined
- Imprisoned
- Other
- Probation

An official website of the United States government Here's how you know

Test SFN Test SLN

**Sponsor Application**

English | Home | About

**Welcome, Test SFN.**
This application is in progress.

Sponsor
Test SFN | Test SLN

**7: Alternative caregiver**
This section is in progress, last changed by the Case Manager.

## 7.1 Adult who will care for the child(ren) if you cannot

If you become unable to care for the child(ren), who will care for the child(ren)?

Alternative caregiver's name

☐ Has ARI Application

First name: Test AFN

Last name: Test ALN

Date of birth: 01/01/1959

## 7.2 About the alternative caregiver

Contact information

Alternative caregiver's phone number: (314) 485-7939

Country: United States

Alternative caregiver's email address: rvijayshankar+acg1014@salesforce.com

Alternative caregiver's address: 1253 Pinecrest Ln

City: Ballwin

State: Missouri

Zip code: 63021

Relationships

Alternative caregiver's relationship to you, the sponsor: Mother

Alternative caregiver's relationship to Child 1, **Test CFN Test CLN**: Grandmother

## 7.3 Alternative child care

If you become unable to care for the child (children), how will this alternative caregiver care for the child (children)?

Test

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

-- Clear --
Adult First Cousin
Adult Nephew
Adult Niece
Aunt
Brother
Brother-in-law
Father
Godfather

7.

If yo

Save For Later

Zip code

[ ]

Relationships

Alternative caregiver's relationship to you, the sponsor

[ | ▾ ]

- Godmother
- Grandfather
- Grandmother
- Half-sibling
- Legal Guardian
- Mother
- Other Distant Relative
- Sister
- Sister-in-law
- Stepbrother

7.

If yo

Save For Later

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

Stepbrother
Stepfather Non-Legally Adopted
Stepmother Legally Adopted
Stepmother Non-Legally Adopted
Stepsister
UAC's Spouse
Uncle
Unrelated Sponsor
Stepfather Legally Adopted
Daughter-in-law

7.

If yo

Save For Later

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

- Daughter-in-law
- Daughter
- Family Friend
- Granddaughter
- Grandson
- Nephew
- Niece
- Other Cousin
- Son
- Institutional/Organizational Sponsor

7.

If yo

Save For Later

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

- Institutional/Organizational Sponsor
- Parent's Partner
- Qualified Step-Parents
- Spouse
- Step Son
- Step Daughter
- Son-in-law
- First Cousin
- Goddaughter

**7.**

If yo

Save For Later



ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

Spouse

Step Son

Step Daughter

Son-in-law

First Cousin

Goddaughter

Godson

Mother-in-law

Partner

7.

If yo

Save For Later

Zip code

[ ]

Relationships

Alternative caregiver's relationship to you, the sponsor

[ ▼ ]

Alternative caregiver's relationship to Child [redacted]

[ ▼ ]

-- Clear --
Adult First Cousin
Adult Nephew
Adult Niece
Aunt
Brother
Brother-in-law
Father
Godfather

**7.**

If yo

Zip code

[ ]

Relationships

Alternative caregiver's relationship to you, the sponsor

[ ▼ ]

Alternative caregiver's relationship to Child 1, [redacted]

[ ▼ ]

- Godmother
- Grandfather
- Grandmother
- Half-sibling
- Legal Guardian
- Mother
- Other Distant Relative
- Sister
- Sister-in-law

**7.**

If yo

Zip code

[ ]

Relationships

Alternative caregiver's relationship to you, the sponsor

[ ▾ ]

Alternative caregiver's relationship to Child 1,

[ | ▾ ]

- Stepbrother
- Stepfather Non-Legally Adopted
- Stepmother Legally Adopted
- Stepmother Non-Legally Adopted
- Stepsister
- UAC's Spouse
- Uncle
- Unrelated Sponsor
- Stepfather Legally Adopted

7.

If yo

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

Alternative caregiver's relationship to Child 1,

Daughter-in-law
Daughter
Family Friend
Granddaughter
Grandson
Nephew
Niece
Other Cousin
Son

7.

If yo

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

Alternative caregiver's relationship to Child 1 [redacted]

- Institutional/Organizational Sponsor
- Parent's Partner
- Qualified Step-Parents
- Spouse
- Step Son
- Step Daughter
- Son-in-law
- First Cousin
- Goddaughter

**7.**

If yo

Zip code

Relationships

Alternative caregiver's relationship to you, the sponsor

Alternative caregiver's relationship to Child 1, [redacted]

- Spouse
- Step Son
- Step Daughter
- Son-in-law
- First Cousin
- Goddaughter
- Godson
- Mother-in-law
- Partner

7.

If yo

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

***Section 8 – Sponsor Application file upload File Uploads***

An official website of the United States government Here's how you know

Test SFN Test SLN

**Sponsor Application**

English | Home | About

**Welcome, Test SFN.**
This application is in progress.

Sponsor
Test SFN | Test SLN

**8: Sponsor Application file upload**
This section is in progress, last changed by the Case Manager.

## 8.1 Child's proof of identity and relationship

ID Upload Examples

Child

Test CFN Test CLN

Proof of child's identity

Upload front of an original or legible full color photocopy of the child's birth certificate.

Upload Files | Or drop files

**Child's birth certificate Front**
OASIS3-648 - QA and INT Test Results.pdf
3332 KB - 10/14/2026

Upload back of an original or legible full color photocopy of the child's birth certificate.

Upload Files | Or drop files

**Child's birth certificate Back**
OASIS3-635 - INT Test Results.pdf
209 KB - 10/14/2026

☐ Proof of Identity Non-Compliant Document

Proof of relationship

Upload one of the following documents to provide proof of a relationship between you and the child. Expired documents are acceptable.

Acceptable Documents

Document selection
Non-Compliant Document

Upload Non-Compliant Document
Upload Files | Or drop files

**Proof of Relationship Documents Files**

**Non-Compliant Document Proof of Relationship**
OASIS3-635 - INT Test Results.pdf
209 KB - 10/14/2026

## 8.2 Sponsor's proof of current address

Proof of your current address

An original version of at least one form of documentation verifying your current address. Acceptable forms of documentation include:

Proof of current address document selection
Non-Compliant Document

Upload Non-Compliant Document
Upload Files | Or drop files

**Proof of Address Documents Files**

**Non-Compliant Document Proof of Address**
OASIS3-635 - INT Test Results.pdf
209 KB - 10/14/2026

## 8.3 Alternative Caregiver's Proof of Identity

Proof of alternative caregiver's identity

All potential alternative caregiver's must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of identity document selection
Non-Compliant Document

Upload Non-Compliant Document
Upload Files | Or drop files

**Proof Of Identity Document Files**

**Non-Compliant Document Alt Caregiver**
OASIS3-635 - QA Test Results.pdf
122 KB - 10/14/2026

## 8.4 Sponsor's Proof of Income

Proof of your income

A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include:

Proof of your income
Letter from your employer showing your job and pay

An original letter from your employer verifying your employment and salary information, signed within the past 60 days. The letter must be on company letterhead and contain verifiable contact information for your employer and supervisor. An ORR representative must speak with the supervisor or company human resources division to verify the information in the letter.

Upload Employer Verification Letter
Upload Files | Or drop files

**Proof of Income Document Files**

**Employer Verification Letter**
OASIS3-633 - INT Test Results.pdf
77 KB - 10/14/2026

**Paystubs**
OASIS3-635 - QA Test Results.pdf
122 KB - 10/14/2026

**Tax Return**
SAP-3 (SPA) Sponsor Application_SAP v19_Spanish_2026 07 30.pdf
69 KB - 10/14/2026

Other Files
Upload Files | Or drop files

**Other Files**

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

**8: Sponsor Application file upload**
This section has not been started.

## 8.1 Child's proof of identity and relationship

ID Upload Examples

Child

**Child Test INT Screens**

Proof of child's identity

Upload front of an original or legible full color photocopy of the child's birth certificate.

Upload Files Or drop files

Upload back of an original or legible full color photocopy of the child's birth certificate.

Upload Files Or drop files

☐ Proof of Identity Non-Compliant Document

Proof of relationship

Upload one of the following documents to provide proof of a relationship between you and the child. Expired documents are acceptable.

Acceptable Documents

Document selection

**Proof of Relationship Documents Files**

## 8.2 Sponsor's proof of current address

Proof of your current address

An original version of at least one form of documentation verifying your current address. Acceptable forms of documentation include:

Proof of current address document selection

**Proof of Address Documents Files**

## 8.3 Alternative Caregiver's Proof of Identity

Proof of alternative caregiver's identity

All potential alternative caregiver's must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

**Proof Of Identity Document Files**

## 8.4 Sponsor's Proof of Income

Proof of your income

A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include:

Proof of your income

**Proof of Income Document Files**

Other Files

Upload Files Or drop files

**Other Files**

Save For Later

Proof of child's identity

Upload front of an original or legible full color photocopy of the child's birth certificate.

Upload Files Or drop files

Upload back of an original or legible full color photocopy of the child's birth certificate.

Upload Files Or drop files

☐ Proof of Identity Non-Compliant Document

Proof of relationship

Upload one of the following documents to provide proof of a relationship between you and the child. Expired documents are acceptable.

> Acceptable Documents

Document selection

- -- Clear --
- Birth certificate
- Court record
- Death Certificate
- Government-issued photo ID
- Marriage certificate
- Non-Compliant Document
- Official government or court ordered guardianship record
- Written affirmation of relationship from Consulate

8.2

Pro

An

Pro

**Proof of Address Documents Files**

## 8.2 Sponsor's proof of current address

Proof of your current address

An original version of at least one form of documentation verifying your current address. Acceptable forms of documentation include:

Proof of current address document selection

-- Clear --

A payroll check stub issued by your employer dated within the last month

A utility bill, addressed to you at your current address dated within the last two months

8. A valid, unexpired state ID with your current address and photo

Non-Compliant Document

Your bank statement dated within the last two months

Your current lease with your name

Your current mortgage statement with your name dated, within the last two months

Proof of Identity document selection

## 8.3 Alternative Caregiver's Proof of Identity

Proof of alternative caregiver's identity

Original versions or legible photocopies, digital scans, or high-resolution digital photos of government-issued identification documents. You must present at least one selection from the list below. Expired documents will **not** be accepted.

Proof of Identity document selection

-- Clear --

Driver's license issued by a Canadian government authority

Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a ...

8.

Employment Authorization Document that contains a photograph (Form I-766)

Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa

Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work

ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of bi...

Native American tribal document

Non-Compliant Document

Proof of your income

**Proof of Income Document Files**

Other Files

Upload Files Or drop files

**Other Files**

## 8.3 Alternative Caregiver's Proof of Identity

Proof of alternative caregiver's identity

Original versions or legible photocopies, digital scans, or high-resolution digital photos of government-issued identification documents. You must present at least one selection from the list below. Expired documents will **not** be accepted.

Proof of Identity document selection

- ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of bi...
- Native American tribal document
- Non-Compliant Document
- Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonim...
- Permanent Resident Card or Alien Registration Receipt Card (Form I-551)
- U.S. Coast Guard Merchant Mariner Card
- U.S. Military card or draft record
- U.S. Military dependent's ID card
- U.S. Passport or U.S. Passport Card

8.

Proof of your income

**Proof of Income Document Files**

Other Files

Upload Files Or drop files

**Other Files**

Save For Later



### 8.4 Sponsor's Proof of Income

Proof of your income

A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include:

Angelica S. Waiver Applies

Proof of your income

- -- Clear --
- Previous year's U.S. tax return
- Pay stubs from the past 60 days
- Letter from your employer showing your job and pay
- Proof of income from investments or other assets
- Proof of unemployment benefits
- Proof of strike pay
- Proof of money received as a gift
- Proof of annuity income

### 8.4 Sponsor's Proof of Income

Proof of your income

A copy of at least one form of documentation verifying your income. Acceptable forms of documentation include:

Angelica S. Waiver Applies

Proof of your income

- Proof of annuity income
- Proof of alimony received
- Proof of money received from a settlement
- Proof of Temporary Assistance for Needy Families (TANF) benefits
- Proof of Supplemental Security Income (SSI)
- Proof of cash assistance benefits
- Bank statement showing your current balance
- Affidavit of Financial Support (Form SAP-8)
- Non-Compliant Document

Sponsor
SAP-3 (E...) Sponsor Application
Revised 07/30/2026

Non-Compliant Document Included

**Application Sections**

Please complete each section below to submit your Sponsor Application.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section is complete.

**6: Household information**
This section is complete.

**7: Alternative caregiver**
This section is complete.

**8: Sponsor Application file upload**
This section is complete.

**9: Application agreement**
This section is in progress, last changed by the Case Manager.

I, Sponsor Test Jane Doe, declare and affirm under penalty of perjury that the information contained in this application is true and accurate to the best of my knowledge.

I attest that all documents I am submitting or copies of those documents are free of error and fraud.

I will provide for the physical and mental well-being of the child(ren).

I will also comply with my state's laws regarding the care of this child including:

- Enrolling the child(ren) in school;
- Providing medical care when needed;
- Protecting the child(ren) from abuse, neglect, and abandonment; and
- Any other requirement not herein contained

Write your name exactly as it looks on your ID.

* YOUR SIGNATURE

Sponsor Test Jane | Doe

Back

**Submit for Case Manager review**

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section is complete.

**5B: Prior Sponsorship Information**
This section is complete.

**6: Household information**
This section is complete.

**7: Alternative caregiver**
This section is complete.

**8: Sponsor Application file upload**
This section is complete.

**9: Application agreement**
This section is under Case Manager review.

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section is complete.

**5B: Prior Sponsorship Information**
This section is complete.

**6: Household information**
This section is complete.

**7: Alternative caregiver**
This section is complete.

**8: Sponsor Application file upload**
This section is complete.

**9: Application agreement**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Compled or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section has not been started

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test Jane.**
This application is in progress.

Sponsor

Sponsor Test Jane | Doe

**10: Sponsor Care Agreement**
This section has not been started

## 1 of 5

You have applied to the Office of Refugee Resettlement (ORR) to sponsor an unaccompanied alien child in the care and custody of the Federal Government pursuant to 6 U.S.C. §279 and 8 U.S.C. §1232. If your sponsorship application is approved, you will receive an ORR Verification of Release form and enter into a custodial arrangement with the Federal Government in which you agree to comply with the following provisions while the child is in your care:

- Provide for the physical and mental well-being of the child, including but not limited to, food, shelter, clothing, education, medical care and other services as needed.
- Enroll the child in school and ensure their attendance, following the existing Federal and applicable requirements of the truancy laws of the state in which you live, and otherwise support their academic success. For example, the child may benefit from supplemental classes or services, such as English as a Second Language (ESL), tutoring, or summer school.
- For those who are not the child's parent or legal guardian, make best efforts to establish legal guardianship with your local court within a reasonable time.
- Attend a legal orientation program provided under the Department of Justice/Executive Office for Immigration Review (EOIR)'s Legal Orientation Program for Custodians (Sponsors), if available where you reside. Please see the Legal Orientation Program for Custodians Overview flyer that was provided to you as part of the Sponsor Application Packet for further information.

Back

Continue

Sponsor Application Packet | Version 19
SAP-4 (ENG) Sponsor Care Agreement
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor Test Jane.**
This application is in progress.

Sponsor

Sponsor Test Jane | Doe

**10: Sponsor Care Agreement**
This section has not been started

## 2 of 5

- Depending on where the child's immigration case is pending, notify the local Immigration Court or the Board of Immigration Appeals within five (5) days of any change of address or phone number of the child, by using DOJ's Alien's Change of Address form (Form EOIR-33). In addition, if necessary, file a Change of Venue motion on the child's behalf. The Change of Venue motion must contain information specified by the Immigration Court. Please note that a Change of Venue motion may require the assistance of an attorney.For guidance on the "motion to change venue," see the Immigration Court Practice Manual at https://www.justice.gov/eoir/reference-materials/ic. For immigration case information, please contact EOIR's immigration case information system at 1-800-898-7180. Visit EOIR's website for additional information at https://www.justice.gov/eoir/eoir-forms. If you need further assistance, please call or text the ORR National Call Center at 1-800-203-7001 or email information@ORRNCC.com.
- Notify the Department of Homeland Security (DHS)/U.S. Citizenship and Immigration Services) within ten (10) days of any change of address, by filing DHS's Alien's Change of Address Card (AR-11) or electronically, at https://www.uscis.gov/sites/default/files/document/forms/ar-11.pdf. If you need assistance, please call or text the ORR National Call Center at 1-800-203-7001 or email information@ORRNCC.com.
- In the case of sponsors other than parents or legal guardians, notify ORR immediately if the child permanently leaves your custody and provide updated contact information for the child by calling or texting the ORR National Call Center at 1-800-203-7001 or emailing information@ORRNCC.com.

Back

Continue

Sponsor Application Packet | Version 19
SAP-4 (ENG) Sponsor Care Agreement
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test Jane.**
This application is in progress.

Sponsor

Sponsor Test Jane | Doe

**10: Sponsor Care Agreement**
This section has not been started

## 3 of 5

- Notify ORR within 30 days of any change of address and provide updated contact information by calling or texting the ORR National Call Center at 1-800-203-7001 or emailing information@ORRNCC.com. You must continue to notify ORR of any change of address for a period of three (3) years after the child is released into your custody or while you are receiving post-release services, whichever come later. However, if the child turns 18, their immigration case is resolved, or they permanently leave your custody before three (3) years, you do not need to continue notifying ORR of address changes.
- Ensure the child's presence at all future proceedings before the DHS/Immigration and Customs Enforcement (ICE) and the DOJ/EOIR. For immigration case information, contact EOIR's case information system at 1-800-898-7180.
- Ensure the child reports to ICE for removal from the United States if an immigration judge issues a removal order or voluntary departure order. The child is assigned to a Deportation Officer for removal proceedings.
- Adhere to the existing Federal and applicable state child labor laws and notify the U.S. Department of Labor, Wage and Hour Division if the sponsor or the child are being forced to work against your will, to repay a debt, or in unsafe conditions by calling 1-866-4-USWAGE (1-866-487-9243) or visiting https://webapps.dol.gov/contactwhd.

Back

Continue

Sponsor Application Packet | Version 19
SAP-4 (ENG) Sponsor Care Agreement
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test Jane.**

This application is in progress.

Sponsor

Sponsor Test Jane | Doe

**10: Sponsor Care Agreement**

This section has not been started

**4 of 5**

- Notify local law enforcement or your state or local Child Protective Services if the child has been or is at risk of being subjected to abuse, abandonment, neglect, or maltreatment or if you learn that the child has been threatened, has been sexually or physically abused or assaulted, or has disappeared. Notice should be given as soon as it is practicable or no later than 24 hours after the event or after becoming aware of the risk or threat.
- Notify the National Center for Missing and Exploited Children at 1-800-843-5678 and the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com if the child disappears, has been kidnapped, or runs away. Notice should be given as soon as it becomes practicable or no later than 24 hours after learning of the child's disappearance.
- Notify ICE at 1-866-347-2423 if the child is contacted in any way by an individual(s) believed to represent a smuggling syndicate, organized crime, or a human trafficking organization. Notice should be provided as soon as possible or no later than 24 hours after becoming aware of this information.
- In the case of an emergency (serious illness, destruction of home, etc.), sponsors other than parents or legal guardians temporarily transfer physical custody of the child to another person who will comply with the terms of this Sponsor Care Agreement and notify ORR as soon as possible and no later than 72 hours after the transfer.

Back

Continue

Sponsor Application Packet | Version 19
SAP-4 (ENG) Sponsor Care Agreement
Revised 07/30/2026

An official website of the United States government Here's how you know

Sponsor Test Jane Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test Jane.**
This application is in progress.

Sponsor

Sponsor Test Jane | Doe

**10: Sponsor Care Agreement**
This section has not been started

## 5 of 5

- In the event a sponsor who is not the child's parent or legal guardian is no longer able and willing to care for the child and is unable to temporarily transfer physical custody to an alternative caregiver, and the child meets the definition of an unaccompanied alien child, you must immediately notify the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com.
- In the event of initiation of any dependency proceedings or any risk to the unaccompanied child, notify the ORR National Call Center at 1-800-203-7001 or information@ORRNCC.com.
- The release of the above-named child from the Office of Refugee Resettlement to your care does not grant the child any legal immigration status and the child must present themselves for immigration court proceedings.

I declare and affirm under penalty of perjury that I have read the *Sponsor Care Agreement* in its entirety, and I will abide by the care instructions contained in the *Sponsor Care Agreement*. (Sign and date below.)

Write your name exactly as it looks on your ID.

* YOUR SIGNATURE

Sponsor

Back

**Submit for Case Manager review**

Sponsor Application Packet | Version 19
SAP-4 (ENG) Sponsor Care Agreement
Revised 07/30/2026

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section is complete.

**5B: Prior Sponsorship Information**
This section is complete.

**6: Household information**
This section is complete.

**7: Alternative caregiver**
This section is complete.

**8: Sponsor Application file upload**
This section is complete.

**9: Application agreement**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Compled or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section is under Case Manager review.

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 1: Sponsor Packet Introduction - This part must be completed before other parts can be started.**

**1: Sponsor Packet Introduction**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 2: Authorization for Release of Information (ARI) - This part can be started after part 1 is completed.**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Completed or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 3: Sponsor Application - This part can be started after part 1 is completed but it cannot be completed until part 2 is completed.**

**5A: Sponsor information**
This section is complete.

**5B: Prior Sponsorship Information**
This section is complete.

**6: Household information**
This section is complete.

**7: Alternative caregiver**
This section is complete.

**8: Sponsor Application file upload**
This section is complete.

**9: Application agreement**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Compled or Canceled. Reopening the part will unlock all sections in this part for editing.

**Part 4: Sponsor Care Agreement - This part can be completed after part 3 is completed.**

**10: Sponsor Care Agreement**
This section is complete. To make updates to this part, use the Reopen menu item on the application, as long as the application is not Compled or Canceled. Reopening the part will unlock all sections in this part for editing.