# ARI Application Screenshots




Screenshot if Tips for Success is maximized



An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 2: Authorization for Release of Information (ARI)**

**2: Background**
This section has not been started.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 5: Prior Sponsorship Information**

**5: Prior Sponsorship Information**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**1 of 7**

**Sponsors, their Adult Household Members, and Adult Caregivers**

This notice is provided by the U.S. Department of Health and Human Services (HHS), Administration for Children and Families (ACF), Office of Refugee Resettlement (ORR). Any privacy questions or complaints should be submitted to UACPolicy@acf.hhs.gov.

The biographical and biometric information we collect from sponsor-applicants is authorized under 6 U.S.C. § 279 and 8 U.S.C. § 1232. Providing the information and documents is voluntary, but if you do not provide all of the information, we may not be able to approve the application to sponsor an unaccompanied alien child. ORR collects the requested information to decide about suitability to serve as a sponsor for the child or children identified in your application, as well as to coordinate the release of the child or children into sponsor custody and the delivery of post-release services, as needed.

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**2 of 7**

### Sponsors, their Adult Household Members, and Adult Caregivers

ORR may disclose the information about sponsors, adult household members, and caregivers to the following non-HHS parties, as summarized below:
To HHS contractors, grantees, consultants, or volunteers who perform work to assist HHS (for example, HHS discloses fingerprints to the U.S. Department of Justice, Federal Bureau of Investigation (DOJ/FBI), which assists HHS in conducting fingerprint-based background checks, including criminal history checks);

To an attorney or other person representing you or the child in immigration, state courtdependency, or juvenile or criminal court proceedings;

To a child protection and advocacy organization to enable it to advocate effectively for thebest interests of the child;

To a state refugee coordinator arranging placement and services for the child;

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**3 of 7**

### Sponsors, their Adult Household Members, and Adult Caregivers

(continued)
To federal, state, local, tribal, or foreign law enforcement agencies where relevant to violations or potential violations of civil or criminal law, for enforcement or investigation. To an appropriate governmental agency if necessary to protect child welfare, or to safely repatriate a child to the country of origin;
To state or local healthauthorities for information affecting public health and safety;

To any person from whom we need information relevant to an HHS decision concerning public benefits from a federal, state, or local government agency;

To DOJ to facilitate sponsors' participation in Legal Orientation Programs (LOPCs) for custodians under the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 section 235(c)(4), 8 U.S.C. 1232(c)(4);

To DOJ when the U.S. Government is in litigation or other adjudicatory or administrative proceedings or settlement discussions involving HHS;

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**4 of 7**

## Sponsors, their Adult Household Members, and Adult Caregivers

(continued)
To plaintiffs' counsel as required under the settlement agreement in Flores v. Reno, Case No.CV85-4544-RJK (C.D. Cal. 1996) and Perez-Olano v. Holder, Case No. CV 5-3604 (C.D. Cal.2010);

To DHS to adjudicate or decide immigration relief and to provide required notifications; [1]

To a congressional office in responding to a request initiated by you as a constituent;

To OMB in connection with private relief legislation as set forth in OMB Circular A-19;

To the National Archives and Records Administration in records management inspections;

To DHS for cybersecurity monitoring; and

To appropriate agencies, contractors, and other parties assisting in responding to a security breach experienced by HHS or another federal agency.

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**5 of 7**

## Sponsors, their Adult Household Members, and Adult Caregivers

**The preceding information together with this additional information serves as a Privacy Act Statement:**
The information we collect will be maintained in the Privacy Act systems of records "ORR Unaccompanied Children Bureau (UCB) Administrative Program Records," system No. 09-80-0321 (89 Fed. Reg. 100500-100507) and "ORR Unaccompanied Refugee Minors Records," system No. 09-80-0329 (81 Fed. Reg. 46682-46690), available at https://www.federalregister.gov/documents/2024/12/12/2024-29113/privacy-act-of-1974-system-of-records and https://www.federalregister.gov/documents/2016/07/18/2016-16812/privacy-act-of-1974-system-of-records-notice.

Note that once records are disclosed outside of HHS to another organization (such as a federal agency or child advocacy organization), the information will be managed according to the laws and rules applying to that organization, and that the organization may use or disclose the information for other, different purposes than HHS.

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**6 of 7**

### Sponsors, their Adult Household Members, and Adult Caregivers

For example, see FBI's "Privacy Act Statement" located on the back of the FD-258 fingerprint card, available at https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement, and FBI's notice entitled "Noncriminal Justice Applicant's Privacy Rights," available at https://www.fbi.gov/services/cjis/compact-council/guiding-principles-noncriminal-justice-applicants-privacy-rights.

**For individuals undergoing a fingerprint background check:**

Health and Human Services/State Required Biometric Information Disclosure and Authorization

Please be advised that your biometric identifiers, fingerprints, will be collected, captured, received, stored, and used at the request of HHS through its vendor, Fieldprint, Inc., to collect and store such fingerprints in the field of caring for unaccompanied alien children and preventing child exploitation and trafficking.

Back

Continue

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application has not been started.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**7 of 7**

### Sponsors, their Adult Household Members, and Adult Caregivers

Your information will be held for one (1) year from your last interaction with Fieldprint, Inc., after which it will be permanently destroyed from Fieldprint, Inc.'s records. You may view Fieldprint, Inc.'s Privacy Policy, on our commitment to security, the retention and destruction of biometric information at: https://www.fieldprint.com/privacy-policy/ or call us Fieldprint at 888-472-8918.

Authorization to Obtain and Disclose Biometric Information

You, or your legally authorized representative, have provided, with execution of the ORR Authorization for Release of Information, consent and authority for the HHS and Fieldprint, Inc., to collect, receive, store, and use my fingerprints.

Back

Go to application home

Sponsor Application Packet | Version 19
SAP-7A Privacy Notice for Sponsors
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001



Sponsor Application

English Home About

[redacted]
This application has not been started.

Sponsor
[redacted]

Mobile phone number
[redacted]

Child
[redacted]

Created By
[redacted]

Assigned FFS

Assigned Intakes

Submission Method
Online Application

2: Background
This section has not been started.

2.1 About the child (children)

Child (children) Information

A related ARI is Complete

Child Add

Child's first name
[redacted]

Child's last name
[redacted]

Child's date of birth
[redacted]

* Child's UAC Portal ID
[redacted]

The Sponsor's UAC Portal ID cannot be the same as any of the Children UAC Portal IDs.

* Child's A#
[redacted]

* Child's country of origin
[redacted]

2.2 About you, the Sponsor

Your name

Your first name
[redacted]

Last name
[redacted]

Your date of birth
[redacted]

Your Phone
[redacted]

Your Email

Country of Citizenship

SSN

ITIN

Sponsor's UAC Portal ID
[redacted]

Your previously used name(s)

List other names you have used, such as your name before you were married or maternal last names. If no other names, leave blank.

Previous name / Also Known As Add

Your previous name

When you stopped using this name

Still in Use

Month

Year

Your place of birth

Please copy from your birth certificate

Country
[redacted]

City

**Bottom part of page**

### 2.3 Your addresses

If you do not know your street address, enter **"Unable to recall address."** You must still provide the **City, State, or Country** and the **dates.**

Tips to Prevent Gaps in Previous Address History

Your current address

Did you have a fixed home or physical address during this time?
Yes No

Address start date

Month
Year

Your past addresses

Don't Leave Gaps in Your Previous Addresses

Where have you lived? Include all addresses where you lived from age 18 to today. Please include addresses from your home country.

Previous address
Add

Did you have a fixed home or physical address during this time?
Yes No

Address start date

Month
Year

Address end date

Month
Year

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001



An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application is in progress.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 2: Authorization for Release of Information (ARI)**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section has not been started.

**4: Authorization**
This section has not been started.

**Part 5: Prior Sponsorship Information**

**5: Prior Sponsorship Information**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application is in progress.

Sponsor
HHM test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor Test INT Screens

**Sponsor Application**

English

Home About

**Welcome, Sponsor Test INT.**
This application is under Case Manager review.

Sponsor

Sponsor Test INT | Screens

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

-- Clear --

Driver's license issued by a Canadian government authority

Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a na...

Employment Authorization Document that contains a photograph (Form I-766)

Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa

Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work

ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth...

Native American tribal document

Non-Compliant Document

Save For Later

Sponsor Test INT Screens

**Sponsor Application**

English Home About

**Welcome, Sponsor Test INT.**
This application is under Case Manager review.

Sponsor
Sponsor Test INT | Screens

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth...
Native American tribal document
Non-Compliant Document
Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmig...
Permanent Resident Card or Alien Registration Receipt Card (Form I-551)
U.S. Coast Guard Merchant Mariner Card
U.S. Military card or draft record
U.S. Military dependent's ID card
U.S. Passport or U.S. Passport Card

Save For Later

Complete section

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Driver's license issued by a Canadian government authority

Upload Driver's license Front issued by a Canadian government authority
Upload Files Or drop files

Upload Driver's license Back issued by a Canadian government authority
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or informatior

Upload Front of Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address
Upload Files | Or drop files

Upload Back of Driver's license or ID card issued by a U.S. state or outlying possession of the United States provided it contains a photograph or information such as a name, date or birth, sex, height, eye color, and address
Upload Files | Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files | Or drop files

Selfie Example

Selfie Verification Photo
Upload Files | Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Employment Authorization Document that contains a photograph (Form I-766)

Upload Employment Authorization Document Front that contains a photograph (Form I-766)
Upload Files Or drop files

Upload Employment Authorization Document Back that contains a photograph (Form I-766)
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection

Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa

Upload foreign passport that includes the front page, back page, and the I-551 stamp or temporary I-551 printed notation from the machine-readable immigrant visa.

Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files

Upload Files Or drop files

Selfie Example

Selfie Verification Photo

Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Foreign passport with Form I-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work

Upload Foreign passport with Form 1-94 or Form I-94A with Arrival-Departure Record, and containing an endorsement to work
Upload Files | Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files | Or drop files

Selfie Example

Selfie Verification Photo
Upload Files | Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
ID card issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name

Upload ID card Front issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address
Upload Files Or drop files

Upload ID card Back issued by U.S. federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Native American tribal document

Upload Native American tribal document Front
Upload Files Or drop files

Upload Native American tribal document Back
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Non-Compliant Document

Upload Non-Compliant Document
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicati

Upload passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI), along with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association between the United States and the FSM or RMI.
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English

Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
Permanent Resident Card or Alien Registration Receipt Card (Form I-551)

Upload Front of Permanent Resident Card or Alien Registration Receipt Card (Form 1-551)
Upload Files Or drop files

Upload Back of Permanent Resident Card or Alien Registration Receipt Card (Form 1-551)
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Coast Guard Merchant Mariner Card

Upload U.S. Coast Guard Merchant Mariner Card Front
Upload Files | Or drop files

Upload U.S. Coast Guard Merchant Mariner Card Back
Upload Files | Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files | Or drop files

Selfie Example

Selfie Verification Photo
Upload Files | Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Military card or draft record

Upload U.S. Military card or draft record Front
Upload Files Or drop files

Upload U.S.Military card or draft record Back
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Military dependent's ID card

Upload U.S. Military dependent's ID card Front
Upload Files Or drop files

Upload U.S. Military dependent's ID card Back
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**3: ARI file uploads**
This section has not been started.

ID Upload Examples

Sponsor Proof of Identity

All potential sponsors must submit at least one (1) identification document that contains a photograph for all such adults. The document must be from the list of acceptable documents below and must be an unexpired original version or a legible full color photocopy, digital scan, or digital photo of a government-issued photo ID.

Proof of Identity document selection
U.S. Passport or U.S. Passport Card

Upload U.S. Passport or U.S. Passport Card
Upload Files Or drop files

**Proof Of Identity Document Files**

## Other Files

Other Files
Upload Files Or drop files

Selfie Example

Selfie Verification Photo
Upload Files Or drop files

Save For Later

Complete section

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**2 of 5**

I authorize any federal, state, or local criminal justice agency; federal, state, local, or private child welfare agency; federal immigration agency; or any other sources of information, such as schools, courts, treatment providers, probation/parole officers, mental health professionals, or other references, to release information about any criminal history, child abuse and neglect charges or concerns, mental health issues, substance abuse, domestic violence, or any other psychosocial information gathered about me either verbally or in writing.

**I Authorize** custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, employee, contractor, grantee, or other duly accredited representative of the ORR

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**3 of 5**

**I Understand** that my biometric and biographical information, including my fingerprints and my photograph, is shared with Federal, state or local law enforcement agencies and may be used consistent with their authorities, including with the U.S. Department of Homeland Security (DHS) and with the U.S. Department of Justice (DOJ) to investigate my criminal history through the National Criminal Information Center.

**I Understand** that the information released by any custodian of my records and any other sources of information about me is for official use by the U.S. Government, its employees, grantees, contractors, and other delegated personnel, for the purposes stated above, and may be disclosed by the U.S. Government only as authorized by law.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

Sponsor test for INT Doe

**Sponsor Application**

English Home About

**Welcome, Sponsor test for INT.**
This application is in progress.

Sponsor
Sponsor test for INT | Doe

**4: Authorization**
This section has not been started.

**4 of 5**

**I Understand** that this information will become the property of the ORR and may be reviewed by its employees, grantees, contractors, and delegates. I also understand that the ORR may share this information with the employees and contractors of other Federal agencies.

**I Understand** that ORR will offer me a fingerprint appointment within seven (7) business days of receipt of a signed copy of this document and a valid form of identification, unless circumstances beyond ORR's control prevent ORR from offering an appointment within that timeframe. I further understand that ORR will make reasonable efforts to process my fingerprints within ten (10) business days of receipt of a set of legible prints, unless circumstances beyond ORR's control prevent fingerprints from being processed within that timeframe.

**I Hereby Relinquish** any claim or right under the laws of the United States against the federal government, its employees, grantees, contractors, or delegates, for the legally authorized use of any information gathered during a search of my criminal history, child welfare information, any information contained in my sponsorship application and supporting documentation, and any information gathered from any verbal or written sources regarding this sponsorship application.

Back

Agree and continue

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

## 5 of 5

I, Sponsor test for INT Doe, agree to the Authorization Agreement. I declare and affirm under penalty of perjury that the information contained in this authorization is true and accurate to the best of my knowledge.

Write your name exactly as it looks on your ID.

* YOUR SIGNATURE

Sponsor test for INT | Doe

Back

Submit for Case Manager review

Sponsor Application Packet | Version 19
SAP-2 (ENG) Authorization for Release of Information
Revised 07/30/2026

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application is in progress.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 2: Authorization for Release of Information (ARI)**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete.

**Part 5: Prior Sponsorship Information**

**5: Prior Sponsorship Information**
This section has not been started

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English | Home | About

**Welcome, HHM test for INT.**
This application is in progress.

Sponsor
HHM test for INT | Doe

**5: Prior Sponsorship Information**
This section has not been started

## 5: Prior Sponsorship Information

Have you ever attempted to sponsor a child in ORR Care?
(●) Yes ( ) No

Prior Sponsorship [Add]

Date of Sponsorship

Child's first name

Child's last name

Child's date of birth

Child Sex

Your relationship to this child

Is/was the child enrolled in or attending school?

Did the child attend their immigration court date?
(●) Yes ( ) No

If yes, what was the court date?

Has the Child received Post Release Services from ORR? Has a case manager been in touch to support the child?
(●) Yes ( ) No

Is the child you sponsored still residing with you?
( ) Yes (●) No

Explain why the child is not residing with you

Have you ever had an ORR Home Study for your sponsorship?
( ) Yes (●) No

Have you ever withdrawn or discontinued an application to sponsor a child?
(●) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(●) Yes ( ) No

Why?

Do you have any relatives in ORR care?
(●) Yes ( ) No

Have you ever had a child removed from your custody?
(●) Yes ( ) No

Explain

[Save For Later]

[Submit for Case Manager review]

Sponsor Application Packet | Version 19
SAP-3 (ENG) Sponsor Application
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

ORR National Call Center 1 (800) 203-7001

Is/was the child enrolled in or attending school?

[ ▾ ]

**Did the child attend their immigration court date?**
(●) Yes ( ) No

If yes, what was the court date?

[ ]

**Has the Child received Post Release Services from ORR? Has a case manager been in touch to support the child?**
(●) Yes ( ) No

**Is the child you sponsored still residing with you?**
( ) Yes (●) No

Explain why the child is not residing with you

[ ]

**Have you ever had an ORR Home Study for your sponsorship?**
( ) Yes (●) No

**Have you ever withdrawn or discontinued an application to sponsor a child?**
(●) Yes ( ) No

Why did you withdraw?

[ ]

**Have you ever been told no when trying to Sponsor a child?**
(●) Yes ( ) No

Why?

[ ]

**Do you have any relatives in ORR care?**
(●) Yes ( ) No

**Have you ever had a child removed from your custody?**
(●) Yes ( ) No

Explain

[ ]

Save For Later

Complete section

Child's date of birth

Child Sex

Your relationship to this child

-- Clear --
Adult First Cousin
Adult Nephew
Adult Niece
Aunt
Brother
Brother-in-law
Father
Godfather

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
◉ Yes ○ No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
◉ Yes ○ No

Why?

Child's last name

Child's date of birth

Child Sex

Your relationship to this child

- Godmother
- Grandfather
- Grandmother
- Half-sibling
- Legal Guardian
- Mother
- Other Distant Relative
- Sister
- Sister-in-law

Have

Have you ever withdrawn or discontinued an application to sponsor a child?
(•) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(•) Yes ( ) No

Why?

Do you have any relatives in ORR care?

Child's date of birth

Child Sex

Your relationship to this child

- Stepbrother
- Stepfather Non-Legally Adopted
- Stepmother Legally Adopted
- Stepmother Non-Legally Adopted
- Stepsister
- UAC's Spouse
- Uncle
- Unrelated Sponsor
- Stepfather Legally Adopted

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
(•) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(•) Yes ( ) No

Why?

Do you have any relatives in ORR care?

Child's date of birth

Child Sex

Your relationship to this child

- Daughter-in-law
- Daughter
- Family Friend
- Granddaughter
- Grandson
- Nephew
- Niece
- Other Cousin
- Son

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
(◉) Yes ( ) No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
(◉) Yes ( ) No

Why?

Do you have any relatives in ORR care?

Child's date of birth

Child Sex

Your relationship to this child

Institutional/Organizational Sponsor
Parent's Partner
Qualified Step-Parents
Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
Yes No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
Yes No

Why?

Child's date of birth

Child Sex

Your relationship to this child

Spouse
Step Son
Step Daughter
Son-in-law
First Cousin
Goddaughter
Godson
Mother-in-law
Partner

Hav

Have you ever withdrawn or discontinued an application to sponsor a child?
Yes No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
Yes No

Why?

Do you have any relatives in ORR care?
Yes No

Child Sex

Your relationship to this child

Is/was the child enrolled in or attending school?

-- Clear --

Yes

No

Not Currently Attending

◯ Yes ◯ No

Have you ever had an ORR Home Study for your sponsorship?
◉ Yes ◯ No

Have you ever withdrawn or discontinued an application to sponsor a child?
◉ Yes ◯ No

Why did you withdraw?

Have you ever been told no when trying to Sponsor a child?
◉ Yes ◯ No

Why?

Do you have any relatives in ORR care?
◉ Yes ◯ No

Have you ever had a child removed from your custody?
◉ Yes ◯ No

Explain

An official website of the United States government Here's how you know

HHM test for INT Doe

**Sponsor Application**

English Home About

**Welcome, HHM test for INT.**
This application is in progress.

Sponsor
HHM test for INT | Doe

**Privacy Notice**
Read this notice to understand your privacy rights.

**Part 2: Authorization for Release of Information (ARI)**

**2: Background**
This section is complete.

**3: ARI file uploads**
This section is complete.

**4: Authorization**
This section is complete.

**Part 5: Prior Sponsorship Information**

**5: Prior Sponsorship Information**
This section is under Case Manager review.

The Paperwork Reduction Act of 1995

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104-13) Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Please see the accompanying privacy notice / Privacy Act statement for a discussion of (1) the authority for solicitation of information, and whether disclosure is mandatory or voluntary, (2) the principal purposes for which the information is intended to be used, (3) other routine uses which may be made of the information, and (4) the effects, if any, of not providing all or any part of the requested information. If you have any comments on this collection of information please contact UACPolicy@acf.hhs.gov.

Sponsor Application Packet | Version 19
Revised 07/30/2026

ADMINISTRATION FOR CHILDREN & FAMILIES
OFFICE OF REFUGEE RESETTLEMENT

**ORR National Call Center** 1 (800) 203-7001