**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANGELICA S., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 1:25-cv-01405 (DLF) |

**DEFENDANTS' NOTICE OF FILING**

On October 26, 2026, the Government filed a copy of the currently operative sponsorship application. Dkt. 121. The operative sponsorship application is a web-based application. Therefore, to show the different parts of the sponsorship application as potential sponsors would experience it, the Government filed screenshots of the application. On October 27, 2026, this Court entered a Minute Order requiring the Government to "file, on or before October 28, 2026, a document that summarizes the differences between the operative sponsorship application depicted in those screen shots and the OMB-approved application." Pursuant to the Court's Minute Order, Defendants hereby file the summary of differences through four attachments.

Attachment A is a cover letter from ORR providing background on the crosswalk of differences provided.

Attachments B through D are "tabs" or sheets of an Excel spreadsheet with the comparisons ordered by the Court. The sheets have been converted to PDF format for filing on CM/ECF. Defendants can provide the Court with the native Excel file via email upon request.

Date: October 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
OLEKSIY ISAEV
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Counsel for Defendants*