# ATTACHMENT
# A

# Cover Letter Regarding Sponsor Application Crosswalk

**To: Office of Immigration Litigation, U.S. Department of Justice**

**From:** UAC Bureau
Office of Refugee Resettlement (ORR)
Administration for Children and Families (ACF)

CC: Office of General Counsel, Child, Family and Aging Division, U.S. Department of Health and Human Services

**Date:** October 28, 2026

**Subject:** Unaccompanied Alien Children Sponsor Application Packet (OMB #0970-0278) – PDF and Online Application Comparison

---

The enclosed crosswalk compares the OMB-approved Authorization for Release of Information PDF (SAP-2) and Sponsor Application PDF (SAP-3) to ORR's operative online Sponsor Application tool. The online Sponsor Application tool includes information approved to be collected under ORR's Unaccompanied Alien Children (UAC) Sponsor Application Packet (OMB #0970-0278), Home Study and Post-Release Services for Unaccompanied Alien Children (OMB #0970-0645), and the UAC Bureau Assessments for Children and Sponsors (OMB #0970-0646).

**BACKGROUND**

The UAC Sponsor Application Packet information collection (OMB #0970-0278) contains seven instruments that allow ORR to collect information necessary to determine the suitability of potential sponsors for UAC as required by the Homeland Security Act (6 U.S.C. 279) and the Trafficking Victims Protection Reauthorization Act of 2008 (8 U.S.C. 1232). The collection was last approved by OMB on February 27, 2026, and expires on February 28, 2029.

The Home Study and Post-Release Services for Unaccompanied Alien Children information collection (OMB #0970-0645) contains six instruments that allow ORR to collect information necessary to determine the suitability of potential sponsors as well as provide follow-up services for UAC as required by the Homeland Security Act (6 U.S.C. 279) and the Trafficking Victims Protection Reauthorization Act of 2008 (8 U.S.C. 1232). The collection was last approved by OMB on July 18, 2025, and expires on July 31, 2028.

The UAC Bureau Assessments for Children and Sponsors information collection (OMB #0970-0646) contains nine instruments that allow ORR to assess potential sponsors, in addition other UAC-specific case information, authorized by the Homeland Security Act (6 U.S.C. 279) and the Trafficking Victims Protection Reauthorization Act of 2008 (8 U.S.C. 1232). The collection was last approved by OMB on August 22, 2025, and expires on August 31, 2028.

The Paperwork Reduction Act concerns both the information a federal agency collects ("data elements") and the manner in which data is collected (ex: paper copy versus online portal, format of questionnaire, etc).

ORR is approved to collect information concerning sponsors as part of their application under several OMB control numbers, noted above, and currently has OMB approval for PDF versions of the Authorization for Release of Information (SAP-2) and the Sponsor Application (SAP-3) and an outdated version of the online Sponsor Application. ORR is currently seeking to align its PDF SAP-2 and SAP-3 with operative version of the online Sponsor Application. ORR must secure OMB approval for both the operative version of the Sponsor Application and the updated SAP-2 and SAP-3 PDFs.

**CROSSWALK**

ORR prepared the crosswalk to compare differences between the operative online Sponsor Application depicted in the screenshots provided to the Court and the OMB-approved Sponsor Application materials (SAP-2 and SAP-3, approved under OMB Control No. 0970-0278). These are denoted in columns C, D, and E of the *Master Crosswalk* tab; as well as columns B, C, and D of the *Supporting Documents* tab.

If a data element appears in either the OMB-approved SAP-2 or SAP-3 PDF forms and also appears in the operative online Sponsor Application, the Comparison Status is set to “Match.” If the data element appears only on the operative online Sponsor Application, the Comparison Status is set to “Online Only.” If the data element appears only in the OMB-approved SAP-2 or SAP-3 PDF forms, the Comparison Status is set to “OMB-Approved PDF Only.”

As part of its development of the operative online Sponsor Application tool, ORR has incorporated certain data elements from the Affidavit of Support (SAP-8, OMB #0970-0278), the Sponsor Assessment (S-5, OMB #0970-0646) and the Home Study Assessment (S-6, OMB #0970-0645). These are further clarified in columns G, H, and I, respectively.

In addition to seeking OMB approval for the manner in which the online Sponsor Application tool collects information of the user (i.e. visual appearance, user experience, layout, rephrasing of approved questions, etc), ORR is in the process of seeking OMB approval to collect data elements that are not explicitly approved under an existing OMB control number, but that ORR considers to be nonsubstantive variations of existing OMB-approved data elements. These data elements are listed in Appendix A.

***Methodology Note:*** the comparison is based on the substance of the information requested. A field can be a “Match” even when the online application consolidates information that appears on both PDF forms, places the field in a different part of the workflow, separates a combined PDF field into multiple electronic fields, or uses a different response control. Notes are included only where the difference is meaningful to the scope of the information collected. Whether a field is conditional or system-generated is not treated as a comparison difference.

*Read Me Tab*
Quick reference for terms used throughout the crosswalk, terminology, etc.

*Master Crosswalk Tab*
Field-by-field comparison of data elements in SAP-2 (PDF), SAP-3 (PDF), and the operative online Sponsor Application. Includes a cross-reference showing whether the data element was pulled from OMB-approved Affidavit of Support (SAP-8), Home Study Assessment (S-6), and the Sponsor Assessment (S-5) into the online application.

*Supporting Documents Tab*
Comparison of supporting-document requirements and the online upload/dropdown options, including meaningful differences in acceptable-document lists.

**APPENDIX A**

| Information Domain | Data Element |
|---|---|
| Child Information | Related ARI complete indicator |
| Address Information | Current address fixed home / physical address indicator |
| Address Information | Current address explanation for no fixed home or physical address |
| Address Information | Past address explanation for no fixed home or physical address |
| Address Information | Past address fixed home / physical address indicator |
| Household Information | Reason not that same as current address |
| Household Information | Household member has ARI application |
| Alternative Caregiver | Caregiver has ARI application |
| Financial / Income Information | Weekly income |
| Financial / Income Information | Employer country |
| Financial / Income Information | Employment start month |
| Financial / Income Information | Employment start year |
| Financial / Income Information | Financially supported by household member/partner/caregiver/spouse |
| Financial / Income Information | Supporter's Weekly income |
| Financial / Income Information | Supporter's Employer street address |
| Financial / Income Information | Supporter's Employer city |
| Financial / Income Information | Supporter's Employer country |
| Financial / Income Information | Supporter's Employer state |
| Financial / Income Information | Supporter's Employer zip code |
| Financial / Income Information | Supporter's Employer phone |
| Financial / Income Information | Supporter's Employment start month |
| Financial / Income Information | Supporter's Employment start year |
| Financial / Income Information | Supporter's Employment length |
| Financial / Income Information | Supporter Total hours per week |
| Financial / Income Information | Supporter Days worked per week |
| Supporting Document (Upload) | Other files – ARI. |
| Supporting Document (Upload) | Selfie verification photo |
| Supporting Document (Upload) | Other files – Sponsor Application |