# ATTACHMENT B

# Read Me Tab of Sponsor Application Crosswalk

# Crosswalk of OMB-Approved Sponsor Forms and Operative Online Sponsor Application

Purpose: This workbook summarizes the differences between the operative online Sponsor Application depicted in the screenshots provided to the Court and the OMB-approved sponsor application materials. OMB Control No. 0970-0278 covers the Authorization for Release of Information (SAP-2), Sponsor Application (SAP-3), and Affidavit of Financial Support (SAP-8). OMB Control No. 0970-0646 covers the Sponsor Assessment (Form S-5). OMB Control No. 0970-0645 covers the Home Study Assessment (Form S-6). The comparison focuses on information requested from the user and on supporting document requirements; narrative authorization/agreement text is outside the scope of this crosswalk. The OMB-approval columns separately identify whether the same substantive data element or supporting-document requirement is approved for collection under each OMB control number.

| Tab | Description |
|---|---|
| Master Crosswalk | Field-by-field comparison of SAP-2, SAP-3, and online application data elements. The OMB-approval columns show whether the same substantive data element is also approved under OMB Control Nos. 0970-0278, 0970-0646, and 0970-0645. |
| Supporting Documents | Comparison of supporting document requirements and online upload/dropdown options. The OMB-approval columns show whether the same substantive supporting document requirement is also approved under OMB Control Nos. 0970-0278, 0970-0646, and 0970-0645. |

| Comparison Status | Definition |
|---|---|
| Match | The data element is present in the online application and is also requested in SAP-2 (PDF), SAP-3 (PDF), or both. A Match does not require identical wording, location, or entry format. |
| OMB-Approved Only | The data element is requested in SAP-2 (PDF) and/or SAP-3 (PDF) but is not requested in the online application. |
| Online Only | The data element is requested in the online application but is not requested in either SAP-2 (PDF) or SAP-3 (PDF). |

## How to Read the Master Crosswalk

| Column | Meaning |
|---|---|
| Information Domain | Topical grouping of related data elements. |
| Data Element | The specific information being compared. |
| SAP-2 OMB Approved (PDF) / SAP-3 OMB Approved (PDF) / Online App | “Present” means the data element is requested; “Not Requested” means it is not requested in that source. |
| Comparison Status | Uses the three definitions above. |
| Approved for Collection under OMB# 0970-0278 | “Yes” means the data element or supporting document requirement is approved for collection under OMB Control No. 0970-0278 (specifically in Forms SAP-2, SAP-3, and SAP-8), regardless of where it appears, how it is worded, or how it is collected. “No” means the substantive information or requirement is not present in SAP-2, SAP-3, or SAP-8. |
| Approved for Collection under OMB# 0970-0646 | “Yes” means the data element or supporting document requirement is approved for collection under OMB Control No. 0970-0646 (specifically in Form S-5), regardless of where it appears, how it is worded, or how it is collected. “No” means the substantive information or requirement is not present in Form S-5. |
| Approved for Collection under OMB# 0970-0645 | “Yes” means the data element or supporting document requirement is approved for collection under OMB Control No. 0970-0278 (specifically in Form S-6), regardless of where it appears, how it is worded, or how it is collected. “No” means the substantive information or requirement is not present in Form S-6. |
| Notes / Differences | Used only for meaningful differences in scope or collection. Minor implementation details are omitted. |

## Methodology

The comparison is based on the substance of the information requested. A field can be a Match even when the online application consolidates information that appears on both PDF forms, places the field in a different part of the workflow, separates a combined PDF field into multiple electronic fields, or uses a different response control. Notes are included only where the difference is meaningful to the scope of the information collected. Whether a field is conditional or system-generated is not treated as a comparison difference.

The OMB-approval columns are separate from the SAP-2/SAP-3-versus-online Comparison Status. OMB Control No. 0970-0278 covers SAP-2, SAP-3, and SAP-8; OMB Control No. 0970-0646 covers the Sponsor Assessment (Form S-5); and OMB Control No. 0970-0645 covers the Home Study Assessment (Form S-6). For the assessment columns, “Yes” is assigned whenever the corresponding OMB-approved form contains the same substantive data element or supporting document requirement, even if it appears in a different section, uses different wording, or is collected through a different format or workflow. “No” means the substantive element or requirement is not present in that OMB-approved collection.

For supporting documents, the crosswalk also considers whether an online upload location exists and whether the visible online document selection options correspond to the acceptable documents listed in SAP-3.