# ATTACHMENT C

# Master Crosswalk Tab of Sponsor Application Crosswalk

## Data Element Crosswalk: OMB-Approved SAP-2 (PDF) / SAP-3 (PDF) vs. Operative Online Application

*Presence is based on whether the substantive data element is requested. Minor differences in wording, placement, or electronic entry format do not prevent a Match.*

| | Location of Data Elements | | | | | OMB Approval for Data Elements | | | |
|---|---|---|---|---|---|---|---|---|---|
| Information Domain | Data Element | OMB-Approved SAP 2 (PDF) | OMB-Approved SAP 3 (PDF) | Online App | Comparison Status | Approved for Collection under OMB# 0970-0278 | Approved for Collection under OMB# 0970-0646 | Approved for Collection under OMB# 0970-0645 | Notes / Differences |
| Child Information | Child first name | Present | Present | Present | Match | Yes | Yes | Yes | |
| Child Information | Child last name | Present | Present | Present | Match | Yes | Yes | Yes | |
| Child Information | Child date of birth | Present | Not Requested | Present | Match | Yes | Yes | Yes | |
| Child Information | Sponsor relationship to child | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Child Information | Related ARI complete indicator | Not Requested | Not Requested | Present | Online Only | No | No | No | Online workflow/administrative field; not a substantive field requested in the OMB-approved PDF forms. |
| Child Information | Child UAC Portal ID | Not Requested | Not Requested | Present | Online Only | No | Yes | No | Online workflow/administrative field; not a substantive field requested in the OMB-approved PDF forms. |
| Child Information | Child A-Number | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | Online workflow/administrative field; not a substantive field requested in the OMB-approved PDF forms. |
| Child Information | Child country of origin | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Sponsor Identity & Background | Sponsor first name | Present | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Identity & Background | Sponsor last name | Present | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Identity & Background | Other / previous names | Present | Present | Present | Match | Yes | Yes | No | |
| Sponsor Identity & Background | Still using previous name | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | Date stopped using previous name | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | Sponsor date of birth | Present | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Identity & Background | Country of origin / where born | Present | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Identity & Background | City of birth | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | County of birth | Present | Not Requested | Not Requested | OMB-Approved PDF Only | Yes | No | No | |
| Sponsor Identity & Background | State of birth | Present | Not Requested | Not Requested | OMB-Approved PDF Only | Yes | No | No | |
| Sponsor Identity & Background | Country of citizenship | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | Social Security Number (SSN) | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | Tax Identification Number | Present | Not Requested | Present | Match | Yes | No | No | |
| Sponsor Identity & Background | Sponsor UAC Portal ID | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Sponsor Identity & Background | Languages spoken | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Contact Information | Primary phone | Present | Present | Present | Match | Yes | Yes | Yes | |
| Sponsor Contact Information | Secondary phone | Present | Present | Present | Match | Yes | Yes | No | |
| Sponsor Contact Information | Email address | Present | Present | Present | Match | Yes | Yes | No | |
| Address Information | Current address fixed home / physical address indicator | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Address Information | Current address explanation for no fixed home or physical address | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Address Information | Current street address | Present | Present | Present | Match | Yes | Yes | Yes | |
| Address Information | Current city / locality | Present | Present | Present | Match | Yes | Yes | Yes | |
| Address Information | Current state / province | Present | Present | Present | Match | Yes | Yes | Yes | |
| Address Information | Current postal / ZIP code | Present | Present | Present | Match | Yes | Yes | Yes | |
| Address Information | Current country | Present | Present | Present | Match | Yes | Yes | No | |
| Address Information | Current address start date | Present | Not Requested | Present | Match | Yes | No | Yes | |
| Address Information | Current status / end date | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past addresses from age 18 to today | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past address explanation for no fixed home or physical address | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Address Information | Explanation for incomplete address history | Present | Not Requested | Not Requested | OMB-Approved PDF Only | Yes | No | No | |
| Address Information | Past address country | Present | Not Requested | Present | Match | Yes | No | No | |
| Address Information | Past address street address | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past address city / locality | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past address state / province | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past address postal / ZIP code | Present | Not Requested | Present | Match | Yes | Yes | No | |
| Address Information | Past address start date | Present | Not Requested | Present | Match | Yes | No | No | |
| Address Information | Past address end date | Present | Not Requested | Present | Match | Yes | No | No | |
| Address Information | Past address fixed home / physical address indicator | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Household Information | Where sponsor and child(ren) will live | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Country | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Household Information | Street addresss | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |

## Data Element Crosswalk: OMB-Approved SAP-2 (PDF) / SAP-3 (PDF) vs. Operative Online Application

*Presence is based on whether the substantive data element is requested. Minor differences in wording, placement, or electronic entry format do not prevent a Match.*

| | Location of Data Elements | | | | | OMB Approval for Data Elements | | | |
|---|---|---|---|---|---|---|---|---|---|
| Information Domain | Data Element | OMB-Approved SAP 2 (PDF) | OMB-Approved SAP 3 (PDF) | Online App | Comparison Status | Approved for Collection under OMB# 0970-0278 | Approved for Collection under OMB# 0970-0646 | Approved for Collection under OMB# 0970-0645 | Notes / Differences |
| Household Information | City | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Household Information | State | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Household Information | Zip code | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Household Information | Reason not that same as current address | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Household Information | Household member first name | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Household member last name | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Household member date of birth | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Household member phone | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Household Information | Household member email | Not Requested | Present | Present | Match | Yes | No | No | |
| Household Information | Household member relationship to sponsor | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Household member relationship to child | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Household Information | Household member has ARI application | Not Requested | Not Requested | Present | Online Only | No | No | No | Online workflow/administrative field; not a substantive field requested in the OMB-approved PDF forms. |
| Alternative Caregiver | Caregiver first name | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Alternative Caregiver | Caregiver last name | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Alternative Caregiver | Caregiver date of birth | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver has ARI application | Not Requested | Not Requested | Present | Online Only | No | No | No | Online workflow/administrative field; not a substantive field requested in the OMB-approved PDF forms. |
| Alternative Caregiver | Caregiver phone | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver email | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |
| Alternative Caregiver | Caregiver country | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Alternative Caregiver | Caregiver street address | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver city | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver state | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver ZIP code | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Caregiver relationship to sponsor | Not Requested | Present | Present | Match | Yes | No | No | |
| Alternative Caregiver | Caregiver relationship to child | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Alternative Caregiver | Care plan if sponsor cannot care for child | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Financial / Income Information | How sponsor will financially support child | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Financial / Income Information | Providing court-ordered financial support to children | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Receiving child support | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Has a job | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Financial / Income Information | Job | Not Requested | Not Requested | Present | Online Only | Yes | No | Yes | |
| Financial / Income Information | Employment type | Not Requested | Not Requested | Present | Online Only | Yes | No | Yes | |
| Financial / Income Information | Weekly income | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Annual income | Not Requested | Not Requested | Present | Online Only | Yes | Yes | Yes | |
| Financial / Income Information | Employer name | Not Requested | Not Requested | Present | Online Only | Yes | Yes | Yes | |
| Financial / Income Information | Employer street address | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Employer city | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Employer country | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Employer state | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Employer zip code | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Employer phone | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Employment start month | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Employment start year | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Employment length | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Total hours per week | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Financial / Income Information | Days worked per week | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Comment | Not Requested | Not Requested | Present | Online Only | Yes | Yes | No | |
| Financial / Income Information | Financially supported by household member/partner/caregiver/spouse | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Job | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |

## Data Element Crosswalk: OMB-Approved SAP-2 (PDF) / SAP-3 (PDF) vs. Operative Online Application

*Presence is based on whether the substantive data element is requested. Minor differences in wording, placement, or electronic entry format do not prevent a Match.*

| | | Location of Data Elements | | | | OMB Approval for Data Elements | | | |
|---|---|---|---|---|---|---|---|---|---|
| Information Domain | Data Element | OMB-Approved SAP-2 (PDF) | OMB-Approved SAP-3 (PDF) | Online App | Comparison Status | Approved for Collection under OMB# 0970-0278 | Approved for Collection under OMB# 0970-0646 | Approved for Collection under OMB# 0970-0645 | Notes / Differences |
| Financial / Income Information | Supporter's Employment type | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |
| Financial / Income Information | Supporter's Weekly income | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Annual income | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |
| Financial / Income Information | Supporter's Employer name | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |
| Financial / Income Information | Supporter's Employer street address | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employer city | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employer country | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employer state | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employer zip code | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employer phone | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employment start month | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employment start year | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter's Employment length | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter Total hours per week | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter Days worked per week | Not Requested | Not Requested | Present | Online Only | No | No | No | |
| Financial / Income Information | Supporter Comment | Not Requested | Not Requested | Present | Online Only | Yes | No | No | |
| Financial / Income Information | Able to meet and pay for expenses | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Financial / Income Information | Other sources of income | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Financial / Income Information | Monthly food expense | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Monthly rent expense | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Monthly clothing expense | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Monthly school-needs expense | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Total monthly expenses | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Total monthly income | Not Requested | Not Requested | Present | Online Only | No | No | Yes | |
| Financial / Income Information | Total annual income | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Prior Sponsorship Information | Previously attempted to sponsor a child in ORR care | Not Requested | Not Requested | Present | Online Only | No | Yes | Yes | |
| Prior Sponsorship Information | Date of sponsorship | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child's Portal ID | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child's A# | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child's first name | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child's last name | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child's date of birth | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child sex | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Relationship with child | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | School attendence | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Court attendance | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Court date | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |

## Data Element Crosswalk: OMB-Approved SAP-2 (PDF) / SAP-3 (PDF) vs. Operative Online Application

*Presence is based on whether the substantive data element is requested. Minor differences in wording, placement, or electronic entry format do not prevent a Match.*

| | | Location of Data Elements | | | | OMB Approval for Data Elements | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Information Domain** | **Data Element** | **OMB-Approved SAP-2 (PDF)** | **OMB-Approved SAP-3 (PDF)** | **Online App** | **Comparison Status** | **Approved for Collection under OMB# 0970-0278** | **Approved for Collection under OMB# 0970-0646** | **Approved for Collection under OMB# 0970-0645** | **Notes / Differences** |
| Prior Sponsorship Information | PRS | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Child residing with sponsor | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Why child is not residing with sponsor | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Previously had ORR home study | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Withdrawn sponsor application | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Withdrawal reason | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Previously unable to sponsor a child | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Relative to ORR child | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Previously had a child removed from custody | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Prior Sponsorship Information | Why child was removed | Not Requested | Not Requested | Present | Online Only | No | Yes | No | |
| Health Information | Serious contagious disease in household – Yes/No | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Health Information | Serious contagious disease explanation | Not Requested | Present | Present | Match | Yes | Yes | No | |
| Health Information | Child health conditions – Yes/No | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Health Information | Child health conditions explanation | Not Requested | Present | Present | Match | Yes | Yes | Yes | |
| Criminal History | Charged with or convicted of a crime | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 asks whether the sponsor has been charged with or convicted of a crime; the online question also encompasses household members. |
| Criminal History | Investigated for child abuse / neglect / abandonment | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 asks whether the sponsor has been investigated for child abuse, neglect, or abandonment; the online question also encompasses household members. |
| Criminal History | Unarrested crime / offense conduct | Not Requested | Present | Not Requested | OMB-Approved PDF Only | Yes | No | No | |
| Criminal History | Legal records – Name of household members involved | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 requires this incident information as supporting information; the online application collects the same information in structured fields. |
| Criminal History | Legal records – Place of incident | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 requires this incident information as supporting information; the online application collects the same information in structured fields. |
| Criminal History | Legal records – Date of incident | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 requires this incident information as supporting information; the online application collects the same information in structured fields. |
| Criminal History | Legal records – Explanation of incident | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 requires this incident information as supporting information; the online application collects the same information in structured fields. |
| Criminal History | Legal records – Disposition of incident | Not Requested | Present | Present | Match | Yes | Yes | No | SAP-3 requires this incident information as supporting information; the online application collects the same information in structured fields. |
| Staff Use Only | FFS signature | Present | Present | Not Requested | OMB-Approved PDF Only | Yes | Yes | No | |
| Staff Use Only | FFS name | Present | Present | Not Requested | OMB-Approved PDF Only | Yes | Yes | No | |
| Staff Use Only | FFS date | Present | Present | Not Requested | OMB-Approved PDF Only | Yes | Yes | No | |