# ATTACHMENT D

# Supporting Documents Tab of Sponsor Application Crosswalk

## Supporting Documents Crosswalk

*This tab compares supportingcdocument requirements and the online upload/dropdown options. A Match indicates that the document category is represented online. Notes / Differences identify meaningful differences in the visible acceptable-document lists or upload treatment. The OMB approval columns separately identify whether the same substantive supporting document requirement is approved under OMB Control Nos. 0970-0278, 0970-0646, and 0970-0645, regardless of wording, location, or collection method.*

| Location of Supporting Document Requirement | | | | | OMB Approval for Data Elements | | | |
|---|---|---|---|---|---|---|---|---|
| **Supporting Document Requirement** | **SAP-2 OMB Approved (PDF)** | **SAP-3 OMB Approved (PDF)** | **Online Application** | **Comparison Status** | **Approved for Collection under OMB# 0970-0278** | **Approved for Collection under OMB# 0970-0646** | **Approved for Collection under OMB# 0970-0645** | **Notes / Differences** |
| Proof of child identity | Not listed. | child's birth certificate; legible full-color photocopy, digital scan, high-resolution digital photo, or original. | Upload front and back of an original or legible full-color photocopy of the child's birth certificate. | Match | Yes | No | No | The required child birth certificate is represented online. The online interface also includes a non-compliant document option. |
| Sponsor proof of identity | Not listed. | at least one acceptable government-issued identity document for sponsor | Sponsor Proof of Identity — select an acceptable identity document and upload the file. | Match | Yes | Yes | No | The acceptable identity-document categories correspond. The online interface also includes a non-compliant document option. |
| Household member proof of identity | Not listed. | as applicable, each adult household member must present at least one acceptable ID | Household member proof of identity is provided through the linked ARI workflow for the household member. | Match | Yes | Yes | No | The acceptable identity-document categories correspond. The online interface also includes a non-compliant document option. |
| Alternative caregiver proof of identity | Not listed. | Not listed. | Alternative Caregiver's Proof of Identity — select an acceptable identity document and upload the file. | Online Only | | Yes | No | Not listed in OMB-approved PDF forms. |
| Legal records | Not listed. | upload/provide records related to incident(s) | Other Files | Match | Yes | No | No | The same records can be uploaded online through the available file-upload functionality. |
| Proof of current address | Not listed. | current lease; current mortgage statement dated within last month; valid unexpired state ID; utility bill within last month; bank statement within last month; payroll check stub within last month | Sponsor's proof of current address — select an acceptable document type and upload the file. | Match | Yes | Yes | No | The document categories substantially align, but the online options incorrectly use a two-month recency period, while SAP-3 specifies the last month. |
| Proof of income | Not listed. | tax return; 60 days paystubs; employer letter; asset/investment income; unemployment; strike pay; gifts; annuities; alimony; settlement; public assistance; bank-statement balance page; SAP-8 | Sponsor's Proof of Income — select an acceptable document type and upload the file. | Match | Yes | Yes | No | The acceptable proof of income documents correspond. The online interface also includes a non-compliant document option. |
| Proof of relationship | Not listed. | acceptable documents depend on relationship (birth certificates, court records, government photo IDs, marriage certificate, adoption/guardianship orders, guardianship records, death certificates, consulate affirmation) | Proof of relationship — select an acceptable document type and upload the file. | Match | Yes | Yes | No | The acceptable proof of relationship documents correspond. The online interface also includes a non-compliant document option. |
| Reason unable to provide all requested documents | Not listed. | free-text explanation field | Not collected in a corresponding general explanation field. | OMB-Approved Only | Yes | No | No | SAP-3 includes a general explanation field; no corresponding field is present in the online app. |
| Other files – ARI | Not listed. | Not listed. | Other Files upload. | Online Only | No | No | No | Online file upload functionality associated with the ARI workflow; not applicable to the OMB-approved PDF forms. |
| Selfie verification photo | Not listed. | Not listed. | Selfie Verification Photo upload. | Online Only | No | No | No | The online application includes a selfie-verification upload; no corresponding supporting document requirement appears in SAP-2 or SAP-3. |
| Other files – Sponsor Application | Not listed. | Not listed. | Other Files upload. | Online Only | No | No | No | Online file upload functionality associated with the ARI workflow; not applicable to the OMB-approved PDF forms. |