**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANGELICA S., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | ) | No. 1:25-cv-01405 (DLF) |

**DEFENDANTS' STATUS REPORT**

On October 30, 2026, the Court ordered as follows:

> MINUTE ORDER. For the reasons stated during the October 30, 2026 hearing, it is ORDERED that on or before November 2, 2026, the OMB-approved, PDF version of the Sponsorship Application shall be made available online as an alternative to the noncompliant online application. It is further ORDERED that by the same date, field specialists shall advise all potential sponsors that the PDF version is available as an alternative means of application, regardless of whether a potential sponsor has internet access.
>
> It is further ORDERED that, if the online version of the sponsorship application is not yet approved by OMB by November 30, the OMB-approved PDF version of the application shall be made available as the exclusive sponsorship application.
>
> Finally, it is ORDERED that the defendants shall file status reports on or before November 3, 2026 and December 1, 2026, confirming compliance with the above orders. In the November 3 status report, the defendants shall provide copies of (1) the PDF version of the sponsorship application that is provided online and offered by field officers; (2) a screen shot of the online application page that makes clear that sponsors may file a PDF version of the application instead of an online version; and (3) a copy of the defendants directive to field officers about providing PDF application instructions to potential sponsors.

Oct. 30, 2026 Minute Order. Pursuant to the Court's Minute Order, Defendants submit this status report.

By November 2, 2026, Defendants complied with the first paragraph of the October 30, 2026 Minute Order. On November 2, 2026, the Office of Refugee Resettlement (ORR) made the OMB-approved, PDF version of the Sponsorship Application available online as an alternative to the noncompliant online application. ORR posted the PDF version of the Sponsor Application on its public webpage and on the login page and home page of the online application.

On November 2, 2026, ORR's field officers advised all potential sponsors that the PDF version is available as an alternative means of application, regardless of whether a potential sponsor has internet access.

In further compliance with the Court's October 30, 2026 Minute Order, Defendants attach copies of

(1) the PDF version of the sponsor application that is provided online and offered by field officers, *see* Exhibit A (English) and Exhibit B (Spanish);

(2) screen shot of ORR's publicly facing webpage about the sponsor application, the online application login page, and the online sponsor application home page—all three of which make clear that sponsors may file a PDF version of the application instead of an online version, *see* Exhibit C; and

(3) a copy of ORR's directive to field officers about providing PDF application instructions to potential sponsors, *see* Exhibit D.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
OLEKSIY ISAEV
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Counsel for Defendants*

BRETT SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. SILVIS
Assistant Director